Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAJOR MARGARET WITT,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>THE AIR FORCE, et al.,<br><br>    Defendants. | No. C06-5195 RBL<br><br>**DEFENDANTS' CONSENT MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER OF SEPTEMBER 2, 2009**<br><br>(Note Defendants' Motion on the Motion Calendar for February 12, 2010) |

  Defendants hereby move to amend the pretrial scheduling order of September 2, 2009, because defense counsel's family is expecting a (second) child in April 2010, and defense counsel plans on taking six weeks of paternity leave. Defendants bring this motion now to minimize the inconvenience that a schedule adjustment may cause to plaintiff or the Court.

  The proposed schedule adjustment, which plaintiff has agreed to, moves back all deadlines by approximately 90 days. That time period, while longer than the six weeks that defense counsel intends to be on leave, accounts for the possibilities of either an early arrival or a late arrival, and for that reason, should require only one schedule adjustment for this event. In addition, the parties have agreed to a six-week 'black-out' period during which no discovery will take place and during which only emergency motions will be filed. That so-called 'black-out'

(C06-5195-RBL) DEFENDANTS' CONSENT MOTION
TO AMEND THE PRETRIAL SCHEDULING ORDER
OF SEPTEMBER 2, 2009 - 1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
P.O. BOX 883, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 616-8482

1  period will begin upon notice of the birth of defense counsel's child.

2     Other unforeseen events in deposition scheduling also counsel in favor of this proposed
3  schedule adjustment. Specifically, there was a two-week postponement to account for McChord
4  Air Force Base's involvement in Haitian relief efforts, and then another postponement for two
5  weeks due to the record-breaking blizzard conditions on the East Coast that prevented air travel.

6     The proposed revised schedule is as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| 6-7 DAYS Non-Jury TRIAL set for 09:30 AM | 9/13/2010 | 1/24/2011 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 3/17/2010 | 6/16/2010 |
| All motions related to discovery must be FILED by | 4/26/2010 | 7/26/2010 |
| Discovery COMPLETED by | 5/17/2010 | 8/16/2010 |
| All dispositive motions must be FILED by | 6/15/2010 | 9/14/2010 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | 7/15/2010 | 10/15/2010 |
| Mediation per CR 39.1(c)(3) HELD no later than | 8/16/2010 | 11/15/2010 |
| Letter of compliance as to CR 39.1 FILED by | 8/23/2010 | 11/23/2010 |
| Motions in limine must be FILED by | 8/16/2010 | 11/15/2010 |
| Agreed pretrial order OR, if counsel has agreed to dispense with the pretrial order, Witness and Exhibit Lists are due | 8/27/2010 | 11/29/2010 |
| Pretrial conference will be HELD at 08:30 AM on | 9/2/2010 | 12/4/2010 |
| Trial Briefs and Proposed Findings of Fact and Conclusions of Law shall be filed by | 8/31/2010 | 12/2/2010 |

21     Finally, during his absence, defense counsel will seek to ensure that another attorney will
22  be available to attend to any urgent matters regarding this case.

24  Dated: February 12, 2010                Respectfully submitted,

                                            TONY WEST
                                            Assistant Attorney General

                                            VINCENT M. GARVEY
                                            Deputy Branch Director

(C06-5195-RBL) DEFENDANTS' CONSENT MOTION
TO AMEND THE PRETRIAL SCHEDULING ORDER
OF SEPTEMBER 2, 2009 - 2

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
P.O. BOX 883, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 616-8482

| | |
|---|---|
| 1 | |
| 2 | /s/ *Peter J. Phipps* <br> PETER J. PHIPPS |
| 3 | Of Counsel:      Senior Counsel <br> LT. COL. TODI CARNES      United States Department of Justice |
| 4 | 1777 N. Kent Street, Suite 11400      Civil Division, Federal Programs Branch <br> Rosslyn, VA 22209-2133      Tel: (202) 616-8482 |
| 5 | (703) 558-8428      Fax: (202) 616-8470 <br>      E-mail: peter.phipps@usdoj.gov |
| 6 | |
| 7 | Mailing Address: <br> Post Office Box 883, Ben Franklin Station |
| 8 | Washington, D.C. 20044 |
| 9 | Courier Address: <br> 20 Massachusetts Ave., N.W. |
| 10 | Washington, D.C. 20001 |
| 11 | *Attorneys for Defendants* |

(C06-5195-RBL) DEFENDANTS' CONSENT MOTION
TO AMEND THE PRETRIAL SCHEDULING ORDER
OF SEPTEMBER 2, 2009 - 3

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
P.O. BOX 883, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 616-8482

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2010, I electronically filed the foregoing Defendants' Consent Motion to Amend the Pretrial Scheduling Order of September 2, 2009, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following person:

James E. Lobsenz
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Tel: (206) 622-8020
Fax: (206) 622-8983
E-mail: lobsenz@carneylaw.com

Sarah A. Dunne
American Civil Liberties Union of Washington
705 Second Avenue, Suite 300
Seattle, WA 98104
Tel: (206) 624-2184
E-mail: dunne@aclu-wa.org

  /s/ *Peter J. Phipps*
PETER J. PHIPPS
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-8482
Fax: (202) 616-8470
E-mail: peter.phipps@usdoj.gov
*Attorney for Defendants*