THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MAJOR MARGARET WITT,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE; et al.,<br><br>   Defendants. | Case No. C06-5195-RBL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER PROHIBITING INTERFERENCE WITH NON-PARTY WITNESSES BY DEFENDANTS** |

Pending before the Court is Plaintiff's Motion for Protective Order Prohibiting Interference With Non-Party Witnesses by Defendants.  Having considered all argument submitted by the parties and finding good cause, the Court hereby **GRANTS** Plaintiff's motion for a protective order and **HOLDS** that the Department of Defense ("DoD") *Touhy* regulations, specifically 32 C.F.R. §§97.1-.6, DoD Directive 5405.2, and Air Force Instruction (AFI) 51-301, Chapter 9, do not apply to this litigation because the federal government is a party.  The Court further **FINDS** that the Defendants' instruction to non-party former and current Air Force employees requiring Air Force consent before non-party former and current Air Force employees may voluntarily speak with counsel for Plaintiff concerning this litigation is contrary to Washington Rules of Professional Conduct 3.4(a).

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR PROTECTIVE ORDER PROHIBITING INTERFERENCE
WITH NON-PARTY WITNESSES BY DEFENDANTS -- Page 1
Case No. C06-5195-RBL

**AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION**
705 Second Avenue, Suite 300
Seattle, Washington  98104-1799
(206) 624-2184

1  As a remedy, the Court further **ORDERS** the counsel for Defendants to issue a curative

2  instruction in writing to all current unit members of the 446 AES stating as follows:

3  "Instruction re: *Witt v. Air Force*

Prior briefings regarding required procedures if contacted by Major Witt's attorneys in the above lawsuit are no longer applicable.  Thus, unit members do not need to report to Public Affairs or to Command if contacted by Plaintiff's counsel.  Unit members do not need permission from DoD personnel to speak with Plaintiff's counsel in the above case.  If you are contacted by Plaintiff's counsel you may, but are not required to, talk to that person.  Public Affairs and or Command would prefer to have a person present when you are interviewed but cannot require prior consent or impose participation or attendance by a government representative.

The above written briefing overrides any previous contrary briefing regarding this matter."


**IT IS SO ORDERED.**

DATED this 17th day of May, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

 DATED this 16 day of April, 2010.

ACLU OF WASHINGTON FOUNDATION


By:  /s/ Sarah A. Dunne_____
Sarah A. Dunne, WSBA #34869
Sher S. Kung, WSBA #42077
705 Second Avenue, Suite 300
Seattle, WA 98104
Tel: (206) 624-2184
dunne@aclu-wa.org
skung@aclu-wa.org

CARNEY BADLEY SPELLMAN
James Lobsenz, WSBA#8787
701 5th Ave Ste 3600
Seattle, WA 98104-7010
Tel. (206) 622-8020
lobsenz@carneylaw.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR PROTECTIVE ORDER PROHIBITING INTERFERENCE
WITH NON-PARTY WITNESSES BY DEFENDANTS -- Page 2
Case No. C06-5195-RBL

**AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION**
705 Second Avenue, Suite 300
Seattle, Washington  98104-1799
(206) 624-2184