Honorable Ronald B. Leighton

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN WASHINGTON
AT TACOMA DIVISION

10

11

MAJOR MARGARET WITT,

Plaintiff,

12

v.

13

UNITED STATES DEPARTMENT OF
THE AIR FORCE; ET AL.,

14

Defendants.

15

No. C06-5195 RBL

**STIPULATION AND ORDER TO
FILE DOCUMENTS MARKED
"CONFIDENTIAL" UNDER SEAL**

16

## I.   STIPULATION

17

The parties to this action, by and through their respective attorneys of record, hereby

18

stipulate and agree that documents marked "CONFIDENTIAL" shall be filed under sealed

19

pursuant to the Court's Order of June 1, 2010 and consistent with Local Civil Rule 5(g).  (Order

20

Granting Plaintiff's Motion to Compel Production of Documents Responsive to Requests for

21

Production Nos. 33 to 36 (Dkt. No. 91)).  The documents marked "CONFIDENTIAL" that were

22

produced by Defendants pursuant to the Court's Order contain highly sensitive information

23

concerning personnel information of non-parties.  (*See* Declaration of Sher Kung ¶ 2).  The

24

Stip and Order Regarding Settlement & Mediation
No. C06-5195                                                    1

**ACLU OF WASHINGTON FOUNDATION**
901 Fifth Avenue 630
Seattle, Washington  98164
(206) 624-2184

1   information is relevant to this case, but because it involves non-parties and personnel

2   information, parties to the litigation agree to maintain confidentiality.  *Id.*  The presumption in

3   favor of public access is overcome by the highly sensitive nature of the information contained in

4   these documents.  *Id.*

5

6                                     Respectfully submitted,

7   DATED this 21st day of July, 2010.          DATED this 21st day of July, 2010.

8   AMERICAN CIVIL LIBERTIES UNION OF    U.S. DEPARTMENT OF JUSTICE
     WASHINGTON FOUNDATION

9

10  By:                                By:

11   _/s/ Sher S. Kung_____    /s/ Bryan R. Diederich_____
     Sarah A. Dunne, WSBA #34869         PETER J. PHIPPS

12  Sher S. Kung, WSBA #42077          BRYAN R. DIEDERICH
     901 Fifth Avenue #630             STEPHEN J. BUCKINGHAM

13  Seattle, WA 98164                United States Department of Justice
     Tel: (206) 624-2184               Civil Division, Federal Programs Branch

14  dunne@aclu-wa.org               20 Massachusetts Ave., N.W.
     skung@aclu-wa.org               Washington, D.C. 20001

15                                 Tel: (202) 616-8482
     CARNEY BADLEY SPELLMAN       Fax: (202) 616-8470

16                                  peter.phipps@usdoj.gov
     James Lobsenz, WSBA #8787        Stephen.Buckingham@usdoj.gov

17  701 5th Ave Ste 3600              bryan.diederich@usdoj.gov
     Seattle, WA  98104-7010

18  Tel. (206) 622-8020               *Attorneys for Defendants*
     lobsenz@carneylaw.com

19  *Attorneys for Plaintiff*

20  / /

21  / /

22

23

24

Stip and Order Regarding Settlement & Mediation       **ACLU OF WASHINGTON FOUNDATION**
No. C06-5195                      2              901 Fifth Avenue 630
                                       Seattle, Washington  98164
                                        (206) 624-2184

## II.     ORDER

Based on the foregoing stipulation and good cause shown, IT IS HEREBY ORDERED that filings containing information designated as "CONFIDENTIAL" shall be sealed.

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2010

_____

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Presented by:

DATED this 21st day of July, 2010.

ACLU OF WASHINGTON FOUNDATION

By: /s/ Sher S. Kung_____
Sarah A. Dunne, WSBA #34869
Sher S. Kung, WSBA #42077
705 Second Avenue, Suite 300
Seattle, WA 98104
Tel: (206) 624-2184
dunne@aclu-wa.org
skung@aclu-wa.org

CARNEY BADLEY SPELLMAN
James Lobsenz, WSBA#8787
701 5th Ave Ste 3600
Seattle, WA  98104-7010
Tel. (206) 622-8020
lobsenz@carneylaw.com

_Attorneys for Plaintiff_

DATED this 21st day of July, 2010.

U.S. DEPARTMENT OF JUSTICE

By: /s/ Bryan R. Diederich_____
PETER J. PHIPPS
STEPHEN J. BUCKINGHAM
BRYAN R. DIEDERICH
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov
Stephen.Buckingham@usdoj.gov
bryan.diederich@usdoj.gov

_Attorneys for Defendants_

Stip and Order Regarding Settlement & Mediation
No. C06-5195                                          3

**ACLU OF WASHINGTON FOUNDATION**
901 Fifth Avenue 630
Seattle, Washington  98164
(206) 624-2184