Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN WASHINGTON
AT TACOMA DIVISION

| | |
|---|---|
| MAJOR MARGARET WITT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE; ET AL.,<br><br>Defendants. | No. C06-5195 RBL<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE AND MEDIATION PER CR 39.1(C)(3)** |

### I.   STIPULATION

Over the past couple of weeks, the parties have engaged in good faith attempts to negotiate a settlement of this action, but were unable to reach a resolution. Given the fact that the parties engaged in good faith to resolve the case and given the significance of the constitutional issues at stake, the parties do not believe that the case is suitable for mediation. Currently, the deadline for mediation pursuant to Rule 39.1(c)(3) is August 16, 2010. *See* September 2, 2009 Minute Order Setting Trial, Pretrial Dates and Ordering Mediation (Dkt. No. 54) at 1 (hereinafter "September 2 Minute Order").

Stip and Order Regarding Settlement & Mediation
No. C06-5195                                    1

ACLU OF WASHINGTON FOUNDATION
901 Fifth Avenue 630
Seattle, Washington  98164
(206) 624-2184

Accordingly, the parties to this action, by and through their respective attorneys of record, hereby stipulate and agree that the deadline for mediation by August 16, 2010, shall be stricken from the September 2 Minute Order.

Respectfully submitted,

| | |
|---|---|
| DATED this 21st day of July, 2010. | DATED this 21st day of July, 2010. |
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION | U.S. DEPARTMENT OF JUSTICE |
| By: | By: |
| /s/ Sarah A. Dunne | /s/ Peter J. Phipps |
| Sarah A. Dunne, WSBA #34869 | Peter J. Phipps |
| Sher S. Kung, WSBA #42077 | Bryan R. Diederich |
| 901 Fifth Avenue #630 | Stephen J. Buckingham |
| Seattle, WA 98164 | United States Department of Justice |
| Tel: (206) 624-2184 | Civil Division, Federal Programs Branch |
| dunne@aclu-wa.org | 20 Massachusetts Ave., N.W. |
| skung@aclu-wa.org | Washington, D.C. 20001 |
| | Tel: (202) 616-8482 |
| CARNEY BADLEY SPELLMAN | Fax: (202) 616-8470 |
| | peter.phipps@usdoj.gov |
| James Lobsenz, WSBA #8787 | Stephen.Buckingham@usdoj.gov |
| 701 5th Ave Ste 3600 | bryan.diederich@usdoj.gov |
| Seattle, WA 98104-7010 | |
| Tel. (206) 622-8020 | *Attorneys for Defendants* |
| lobsenz@carneylaw.com | |
| *Attorneys for Plaintiff* | |

Stip and Order Regarding Settlement & Mediation
No. C06-5195                                    2

**ACLU OF WASHINGTON FOUNDATION**
901 Fifth Avenue 630
Seattle, Washington 98164
(206) 624-2184

## II. ORDER

Based on the foregoing stipulation and good cause shown, it is hereby ORDERED that the August 16, 2010 mediation deadline is stricken from the September 2 Minute Order.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2010

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| DATED this 21st day of July, 2010. | DATED this 21st day of July, 2010. |
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION | U.S. DEPARTMENT OF JUSTICE |
| By: | By: |
| /s/ Sarah A. Dunne | /s/ Peter J. Phipps |
| Sarah A. Dunne, WSBA #34869 | Peter J. Phipps |
| Sher S. Kung, WSBA #42077 | Bryan R. Diederich |
| 901 Fifth Avenue #630 | Stephen J. Buckingham |
| Seattle, WA 98164 | United States Department of Justice |
| Tel: (206) 624-2184 | Civil Division, Federal Programs Branch |
| dunne@aclu-wa.org | 20 Massachusetts Ave., N.W. |
| skung@aclu-wa.org | Washington, D.C. 20001 |
| | Tel: (202) 616-8482 |
| CARNEY BADLEY SPELLMAN | Fax: (202) 616-8470 |
| | peter.phipps@usdoj.gov |
| James Lobsenz, WSBA #8787 | Stephen.Buckingham@usdoj.gov |
| 701 5th Ave Ste 3600 | bryan.diederich@usdoj.gov |
| Seattle, WA 98104-7010 | |
| Tel. (206) 622-8020 | *Attorneys for Defendants* |
| lobsenz@carneylaw.com | |
| *Attorneys for Plaintiff* | |

Stip and Order Regarding Settlement & Mediation
No. C06-5195                        3

**ACLU OF WASHINGTON FOUNDATION**
901 Fifth Avenue 630
Seattle, Washington 98164
(206) 624-2184