UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

-----------------------------------------------------

MARGARET H. WITT,            )
                             )
            Plaintiff,       )
                             )
      vs.                    )   NO. C06-5195RBL
                             )
UNITED STATES DEPARTMENT OF )
THE AIR FORCE, et al.,       )
                             )
            Defendants.  )
-------------------------------------------------

Deposition for Perpetuation of Testimony

LT. COL. THOMAS HANSEN

-----------------------------------------------

August 27, 2010
9:30 a.m. to 11:30 a.m.
400 S.W. 43rd Street
Renton, Washington

1                              APPEARANCES

2

   For the Plaintiff:        JAMES E. LOBSENZ
3                                 CARNEY BADLEY SPELLMAN
                             701 5th Ave Ste 3600
4                                 Seattle, WA  98104-7010

5   For the Defendant:        BRYAN DIEDERICH
                             ASSISTANT U.S. ATTORNEY
6                                 Department of Justice
                             20 Massachusetts Avenue N.W.
7                                 Room 7330
                             Washington, D.C  20531-0001
8

9   Appearing via telephone for
   United States Administrative Law Directorate:
10
                             LT. COL. TODI CARNES
11                                ATTORNEY AT LAW
                             1777 N. Kent Street, #1140
12                                Rosslyn, Virginia  22209

13

14

15

16

17

18

19

20

21

22

23

24

25

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

```
1                    I N D E X

2

3   EXAMINATION BY:        DIRECT     CROSS

4   MR. LOBSENZ              4

5   MR. DIEDERICH                      75

6

7

8   EXHIBIT NO,:                          MARKED   OFFERED

9   1.  MAY, 2002, OPR REPORT FOR MARGARET WITT    31       34

10  2.  MAY, 2003, OPR REPORT FOR MARGARET WITT    35     36, 42

11  3.  MAY, 2004, OPR REPORT FOR MARGARET WITT    42       43

12  4.  JULY, 2006, OPR REPORT FOR MARGARET WITT   49       51

13  5.  446th AEROMEDICAL EVACUATION SQUADRON
        ORGANIZATION CHART                         78
14

15

16

17

18

19

20

21

22

23

24

25
```

1          LT. COL. THOMAS HANSEN,

2    Having been called as a witness and having been first duly

3    sworn, testified under oath as follows:

4          MR. LOBSENZ:  Good Morning, Col. Hansen.  My

5          name is Jim Lobsenz, Counsel for Margaret Witt.

6          Mr. Diederich is present as counsel for the defendants,

7          and did you want to put anything on the record, Bryan,

8          about our agreement about objections?

9          MR. DIEDERICH:  Sure.  Why don't we do that?  I

10         spoke with Mr. Lobsenz before the deposition, and we

11         agreed that though there's some perhaps ambiguity with

12         respect to the rules that apply in a deposition like

13         this that I will go ahead and make trial objections now

14         during the testimony.

15         MR. LOBSENZ:  Okay, thanks.

16                    DIRECT EXAMINATION

17   BY MR. LOBSENZ:

18   Q    All right.  Sir, could you give your full name and

19        spell your last name.

20   **A    Thomas M. Hansen, H-A-N-S-E-N.**

21   Q    And what is your current rank in the United States Air

22        Force?

23   **A    Lieutenant Colonel.**

24   Q    Could you give the reporter a current address?

25   **A    3702 Edwards, E-D-W-A-R-D-S, Drive, Gig Harbor,**

1       Washington, 98335.

2   Q   Are you married, sir?

3   A   Yes.

4   Q   How long have you been married?

5   A   35 years.

6   Q   Are you a member of the Armed Forces of the United

7       States?

8   A   Yes.

9   Q   Which branch?

10  A   United States Air Force.

11  Q   And is that Active or Reserve?

12  A   Currently Reserve, Active Duty as of Monday, the 30th

13      of August.

14  Q   Okay.  What unit are you currently assigned to?

15  A   446 Air-Medical Evacuation Squadron.

16  Q   What's the home base of that unit?

17  A   McChord Field, Joint Base Lewis-McChord.

18  Q   Col. Hansen, are you available to testify in this case

19      at the U.S. Courthouse in Tacoma on September 13?

20  A   No, sir.

21  Q   Why is that?

22  A   I will be deployed at that time.  I will be in

23      Afghanistan.

24  Q   Okay, and when do you leave?

25  A   Currently, leaving the west coast on the 2nd of

Page 6

```
 1        September.

 2   Q    Okay.  In a very general sense, what type of duties

 3        will you be performing when you are on your deployment?

 4   A    I'm a flight nurse providing in-flight care to wounded

 5        or ill service members or designees such as NATO

 6        troops, State Department officials, whatever qualifies

 7        for evacuation by Air Force unit.

 8   Q    Okay.  I'd like to ask you to take us through your

 9        military employment career history so I'll ask, first,

10        when did you first join one of the military services of

11        the United States?

12   A    I joined the United States Army in 1975.  I was

13        actually on delayed enlistment from late 1974.  I don't

14        know the exact date.  Started basic training in May of

15        1975.

16   Q    Okay.  How many years did you serve in the Army?

17   A    Three years active duty in the Army enlisted.

18   Q    Okay, and so that's 1975 to 1978?

19   A    Correct.

20   Q    What kinds of duty assignments did you have during

21        those three years?

22   A    I was the civilian equivalent of an LPN, Licensed

23        Practical Nurse.  After training at Fort Gordon,

24        Georgia, I went to Walter Reed Army Medical Center

25        where I served until the end of my enlistment.
```

**Page 7**

1   Q   Okay, so prior to commencing your enlistment --

2   A   Mm-hmm.

3   Q   -- were you previously employed in the civilian sector

4       tore as a nurse?

5   A   I was an orderly or what you might call now a nurse's

6       aid in a hospital in a town that I lived in.

7   Q   And that was where?

8   A   Yankton, Y-A-N-K-T-O-N, South Dakota.

9   Q   Okay.  Now, when you went to Walter Reed Medical

10      Center, what were your duties there for the three years

11      you were there?

12  A   I was there for about less than three years.  I spent

13      the first part of my enlistment in schools, totaling

14      about over a year total.  The first period of time, and

15      I can't nail it down specifically, roughly 11 months, I

16      worked as what was known in the Army as a 901C, 901

17      Charlie, on a neurosurgical intensive care ward, and

18      then I finished there working on the VIP unit.

19  Q   And when you finished at Walter Reed, was there a

20      subsequent duty assignment?

21  A   No, that was the end of my military service.

22  Q   That was the --

23  A   I then started college.  I went into the military

24      initially to get my GI Bill so I could go to college.

25  Q   Okay, so then you left the Army in 1978 and went to

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1     college?

2  A  Correct.

3  Q  Okay.  When you were discharged from the hospital, what

4     was your rank at the time of discharge?

5  A  Specialist Fifth Class.

6  Q  And after that time, did you subsequently enter the

7     Armed Forces again?

8  A  I began the commissioning process in October of 1979,

9     was commissioned in May of 1990 as a First Lieutenant

10     in the U.S. Army.

11  Q  Okay.

12  A  Reserve officer.

13  Q  So in between from 1978 to 1990, in general, what type

14     of civilian employment did you pursue?

15  A  I worked in hospitals in South Dakota.  Subsequent to

16     that in Alaska.  Then I was accepted at graduate school

17     at the University of Washington, completed a Master's

18     program there, taught two years at Seattle University,

19     and also at the same time was working in local

20     hospitals.

21  Q  What was the degree that you obtained from the

22     University of Washington?

23  A  A Master's of Nursing in parent/child nursing.

24  Q  What was the subject you taught at Seattle University?

25  A  OB nursing.  Obstetrical nursing.

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1  Q  You said that when you were commissioned in the Air

2      Force, you were commissioned as a First Lieutenant?

3  **A  Correct.**

4  Q  Is there a reason why you skipped Second lieutenant?

5  **A  It was constructive credit for my graduate degree, as**

6      **well as the number of years that I had been a nurse.**

7  Q  And when you were commissioned in the Air Force, was

8      that Active or Reserve in 1990?

9  **A  The Air Force, I was transferred to in 1994.**

10  Q  I'm sorry.  I'm sorry.  When you were commissioned in

11      the Army in 1990, was that Active or Reserve?

12  **A  It's a Reserve commission.**

13  Q  So then when you joined the Reserve in 1990, did you

14      maintain civilian employment then?

15  **A  Yes.**

16  Q  Is that the same civilian employment you have today or

17      not?

18  **A  No, I have had a number of jobs since then.  In 1990,**

19      **I'm not even sure I can tell you exactly what I was**

20      **doing, where I was working.**

21  Q  Okay.  What is your -- I take it you are leaving your

22      civilian employment for this deployment coming up?

23  **A  Correct.**

24  Q  What is your civilian employment today?

25  **A  I'm a family nurse practitioner doing primary care for**

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1        Harrison Medical Center in Bremerton, an out-patient

2        office that they have in Port Orchard, Washington.

3    Q   Okay, so to return to 1990 when you were commissioned

4        in the Army, what was your first duty assignment then?

5    A   The 50th General Hospital.

6    Q   And where was that?  Where was the home base of the

7        50th General?

8    A   We would drill at Seattle Veterans Administration

9        Hospital, Seattle V.A.

10   Q   Okay, and were you deployed after being commissioned in

11       the Army in 1990?

12   A   Kuwait was invaded in August of 1990.  My unit was

13       activated in roughly September.  I'm not sure if it was

14       late August, early September, and then deployed to

15       Saudi Arabia for Operation Desert Shield/Desert Storm.

16       Arrived in Saudi Arabia in December and left roughly

17       mid March.

18   Q   Of 1991?

19   A   1991, yes.

20   Q   During that deployment, what were your duties?

21   A   I was a nurse on a general surgical floor at a hospital

22       called Riyadh Alkar (phonetic), and I'm sure I can't

23       spell it.  It was in the City of Riyadh, Saudi Arabia.

24       It was the military hospital there that was essentially

25       given or provided to us for inpatient care if we needed

1           it.

2     Q     Okay, and then --

3     A     As best I understand.  I mean that was way above my pay

4           grade at the time.  That's where I worked.

5     Q     Okay.  When you returned to the United States after

6           that deployment --

7     A     Mm-hmm.

8     Q     -- what was your next assignment?

9     A     The hospital was decommissioned Army-wide.  The need

10          for large, 500-bed hospitals in different areas of the

11          world was perceived as unnecessary because of the

12          ability to evacuate patients.  Subsequently, I really

13          saw no patient care, albeit aided by fact there were

14          not many casualties in Desert Shield/Desert Storm.  So

15          the hospital was decommissioned, and I don't know the

16          correct term, but reopened, or we were assigned to the

17          6250th, and I don't know what the further designation

18          is.  6250th Hospital, for want of a better term.

19               The job or the mission of the 6250th was to

20          provide backfill to Madigan Army Medical Center if

21          Active Duty personnel were deployed.  In other words,

22          if a nurse was deployed somewhere from Madigan, they

23          would pull a reservist from the 6250th in to do that

24          person's job while they were deployed.

25    Q     And that would be at Fort Lewis then?

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1   A   Correct.

2   Q   So for how long did you serve with the 6250th at Fort

3        Lewis?

4   A   Shortly after that occurred -- I don't have an exact

5        time frame, but shortly after that occurred, I really

6        felt that I did not want to have a mission that was --

7        that involved backfilling for someone else to be

8        deployed so I looked for other opportunities and found

9        the AirEvac Squadron at McChord, and I initiated trying

10       to transfer.

11            The Chief Nurse at the 6250th was open to people

12       changing branches of the service, and I talked to the

13       people at then the 40th AirEvac Squadron, and it

14       subsequently became the 446th shortly after I joined

15       and transferred over into the Air Force.  I believe in

16       1994.  I know I started flying in 1994.  The time

17       frames, I don't know exactly.

18   Q   Would that transfer have been into the Reserve Air

19       Force or Active Air Force?

20   A   Reserve Air Force.

21   Q   Was there a particular reason why the 40th, which

22       became the 446th, was a particularly attractive unit

23       for you to join?

24   A   I liked the mission, and it was close.  It was

25       commuting distance.

**Page 13**

1   Q   And when you say, "liked the mission," you mean what?

2   A   **Flight nursing, going out and providing care in-flight.**

3   Q   Roughly how long was it after you transferred that the

4       name of the unit changed from the 40th to the 446th?

5       Was that within a year?

6   A   **Oh, yes.  I think it was literally only within a few**

7       **months.  As a matter of fact, I don't even know that I**

8       **have a patch, a shoulder patch, you know, to wear on my**

9       **uniform from the 40th.**

10  Q   Have you been with the 446th ever since 1994?

11  A   **Yes, minus deployments when you are attached to other**

12      **units temporarily.**

13  Q   Do you remember what your rank was at the time you

14      transferred from the Army Reserve to the Air Force

15      Reserve?

16  A   **Captain.**

17  Q   So all told, how many total years of service do you

18      have in the Air Force?

19  A   **16.**

20  Q   And all told, how many total years service in the Army?

21  A   **Seven.**

22  Q   So 23 years, total, military service?

23  A   **Yes.**

24  Q   And of those 23 years, three years are Active Duty?

25  A   **Correct, three years are -- plus deployments that are**

1       activations.

2    Q   Plus deployments.  And the balance, roughly 20 of the

3       23 years, is Reserve Duty?

4    A   Yes.

5    Q   You mentioned deployment.  How many times, if you know,

6       have you been deployed with the 446th.

7    A   Four times.

8    Q   Four times.  Do you remember when your first deployment

9       with the 446th was?

10   A   February, 2003, through August, mid August, of 2003.

11   Q   Where were you deployed then?

12   A   We were initially deployed to Mildenhall, England, and

13      then we were running flights on a regular basis into

14      Kuwait and Iraq.

15   Q   Okay, so initially, you say you were deployed to

16      England.  Was there another country that you went to as

17      part of that deployment?

18   A   We ended up being based out of Ramstein, Germany,

19      Ramstein Air Base, Germany, after a couple of months.

20      Logistics started to come together, I guess.

21   Q   And the patient population that you were primarily

22      treating there was who?

23   A   Active Duty or Reserve.  Military, overwhelmingly.  I

24      mean there were some -- and contractors, civilians.  We

25      would evacuate civilians, as well, and on rare

1       occasions, Iraqis that were being -- like I remember

2       taking an Iraqi child that some stateside hospital had

3       arranged a particularly difficult surgery for, and the

4       government was facilitating his evacuation.

5   Q   Now, do you happen to remember what units you were

6       attached to as a part of the deployment to Ramstein?

7   A   **The first time the 491st EAES.**

8   Q   Pardon me?

9   A   **Expeditionary Air Evacuation Squadron, EAES.**

10  Q   The 491st?

11  A   **Correct.**

12  Q   Do you happen to know where the home base of the 491st

13      was?

14  A   **I believe it was Ramstein Air Base.**

15  Q   Okay.  How long was that deployment for you?

16  A   **Mid August, so February through mid August.   Early --**

17      **early to mid August of '03.**

18  Q   So about six months?

19  A   **Five-and-a-half, six months, sure.**

20  Q   Okay.  What was your next deployment in your career?

21  A   **They had one month deployments for a short period of**

22      **time so I went back from mid October to mid November of**

23      **'03, as well.**

24  Q   And that's back to the same Ramstein Air Force Base?

25  A   **Ramstein Air Base, yes.**

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1   Q   So the same duties?

2   **A   Same duties, yes.**

3   Q   And attached to the same unit, the for 491st?

4   **A   I think the name had changed at that point, and I want**

5   **to say it was the -- I'm not absolutely sure, 7721st.**

6   **I'm not absolutely sure.**

7   Q   But whatever the number was --

8   **A   Correct.**

9   Q   -- it was actually the same unit --

10   **A   Correct.**

11   Q   -- with the number changed?

12   **A   Correct.**

13   Q   So that was about a one month deployment?

14   **A   Correct.**

15   Q   When was your third deployment with the 446th?

16   **A   April/May time frame of 2005, again to Ramstein Air**

17   **Base for four months.**

18   Q   April of 2005, Ramstein for four months, and are you,

19   again, attached to the same unit or a different unit?

20   **A   I think it was the same unit designator at that time.**

21   **It was the same.  I mean, the same base, same**

22   **everything.  I'm not -- I'm not sure why numbers are**

23   **redesignated periodically.**

24   Q   And are your duties generally the same during this

25   deployment in '05 as they were for the deployments in

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

```
 1        '03?

 2   A    Correct.

 3   Q    Then when was your fourth deployment?

 4   A    In January of '06 for about 60 days.

 5   Q    And where were you deployed then?

 6   A    Al Udeid Air Base in Qatar, Q-A-T-A-R.

 7   Q    And what units were you attached to in Qatar?

 8   A    I'm not sure.

 9   Q    Don't recall?

10   A    355th, 354th.  I'd have to look it up to tell you.

11        I've got the patch, but that was a long time ago.

12   Q    Is that an air evacuation medical squadron, as well?

13   A    It was.

14   Q    And do you happen to know the home base of that

15        squadron, regardless of what the number was?

16   A    Al Udeid Air Base.

17   Q    So it's home base was in Qatar?

18   A    Correct.  It was also an expeditionary air wing

19        air-evac squadron.

20   Q    What kind of duty did you perform there in Qatar?

21   A    That was crew management primarily.  The ground support

22        of the flyers, primarily.

23   Q    And just to explain that a little further, the flyers

24        are flying in and out of Qatar from generally

25        where?
```

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1   A   Mostly -- mostly we have flight crews based there that

2       flew into Iraq primarily, but we also supported crews

3       that flew patients in from Afghanistan, and we also had

4       crews based in the horn of Africa and Djibouti that we

5       also supported.

6   Q   And so those flights are transporting patients from

7       those mid east theaters to Qatar for treatment?

8   A   Correct.  There would -- sometimes to Qatar, because we

9       had a small hospital there that had some capabilities,

10      but as often, it was flying different areas in Iraq to

11      deliver patients to Balad for further evacuations to

12      Ramstein Air Base, Germany.

13  Q   What was what name?

14  A   Balad.

15  Q   How do you spell that?

16  A   B-A-L-A-D.  Balad Air Base, Iraq.  It's about 50 -- 50

17      miles, I want to say, from Baghdad.

18  Q   You said your job was essentially crew management?

19  A   Correct.

20  Q   Could you explain for the court what crew management

21      is?

22  A   We would have -- we would support the crews by managing

23      their schedules so that they got the proper rest

24      cycles.  Provide their support to go get that

25      equipment.  We would help them load equipment on the

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1      aircraft or take equipment off the aircraft.  We would

2      recover them after flights to get them and their

3      equipment back.  We would get their meals if need be,

4      configure -- we had various levels of alert status

5      or -- in other words, how soon we could get a crew and

6      an aircraft off the ground if there was emergent need

7      for care.  And we would configure those aircraft so

8      that they were ready to go, set them up like an AirEvac

9      mission because -- the aircraft are not set up for

10     evac.  They are set up as cargo planes, and when we do

11     an AirEvac mission, it's not uncommon that you fly a

12     cargo mission, offload your cargo, then set up or

13     configure the aircraft to receive patients so we did a

14     lot of that.

15   Q   Okay.

16   A   So it was like everything but flying.  We did also fly

17     basically on a monthly basis to maintain our skills

18     because we were a resource if one of the flight crew

19     members became ill and needed to be replaced.

20   Q   Okay.  Now, I'll shift focus back to stateside when you

21     were not deployed.

22   A   Mm-hmm.

23   Q   During the 16 years, I guess, that you have been with

24     the 446th in the Reserve, roughly how frequently are

25     you going to McChord for Reserve Duty?  Is one or two

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1      times a month?

2    A     Probably minimum.   I -- over the years, as I moved up

3          in the management arena, it's more frequent.   It's not

4          unusual for me to spend six or eight days a month at

5          McChord.

6    Q     Okay.  I don't know if it's really possible to describe

7          the entire 16 years in the same way, but could you

8          generally characterize the duties that you remember

9          performing on these Reserve days at McChord over the 16

10         year period?

11   A     Well, the majority of the time is spent maintaining all

12         the classes and qualifications that we have to have in

13         order to fly.   The rules are the same between the

14         Active Duty and the Reserve so all Reserve component

15         members have to be trained to the same standards.   Now,

16         Active Duty has -- that's their job.   That's what they

17         do Monday through Friday.

18             We have to squeeze it in when we can as best we

19         can on our drill weekends and other days during the

20         month.   Anybody who is a flyer, almost everyone spends

21         more than the drill weekend.   They have additional

22         periods of time just to maintain their qualifications,

23         their ability to fly.   Then, of course, subsequent to

24         that is, I have had a number of -- you know, you have

25         section duties, as well, that have to be attended to.

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1    Q    What are they?

2    A    Well, it depends on the job.  Right now, I am the

3         Flight Commander at Readiness, the Readiness Shop, and

4         our job is to make sure in Readiness that all our

5         members are prepared to deploy.  That includes tracking

6         all their requirements, tracking movement, following

7         changes in regulations or needs.  It's hard to put it

8         into a nutshell.  I guess just saying that our job is

9         to make sure that all our members are ready to deploy.

10   Q    Okay.  That particular section and duty assignment,

11        Flight Commander for Readiness, is that an assignment

12        that generally provides a deployment or is --

13   A    No, that's where I work on a day-to-day basis when I'm

14        at the squadron.

15   Q    Okay.  Do you know Margaret Witt?

16   A    Yes, I do.

17   Q    Do you recall when you first met her?

18   A    I can't say exactly when she started at the squadron,

19        but I remember meeting her when she first started

20        because she had a different-colored name badge on so I

21        recognized it as being from another unit.

22   Q    Okay.  I take it, then, you got to the 446th before she

23        got to the 446th?

24   A    Yes.

25   Q    Okay, and do you have a rough idea of how long you had

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1        been there before she arrived?  A year or two?

2  A    Probably several years.

3  Q    Okay.  So roughly, have you known her longer than a

4        decade?

5  A    I would say yes.

6  Q    Okay.  Did you work with her?

7  A    Yes.

8  Q    Could you describe in what ways you have worked with

9        her?

10  A    She was also in the Training Section when I worked in

11       Training.  We certainly flew together on many occasions

12       doing training missions, both local, meaning missions

13       that begin and end at McChord, and overnight missions,

14       perhaps to Hawaii or to Europe.

15  Q    I believe I noticed from some documents I saw that you

16       had the job title of Commander of Flight Training for

17       significant portions of time; correct?

18  A    Yeah, it's one of the -- one of the senior management

19       jobs I've held at the squadron.

20  Q    When did you first become Training Flight Commander, if

21       you know?  Have you been doing that for more than a

22       decade?

23  A    No, I -- I have had multiple jobs.  I was -- I know I

24       was Flight Commander Training in '03 when we deployed

25       because I left right before a big inspection, and it

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1    made my superintendent very anxious.

2  Q   Okay, so you've been Flight Commander since at least

3      2003?

4  A   Well, I have held numerous jobs.  I have held Flight

5      Commander of Training.  I've been Chief of Safety.

6      I've been Chief of StanEval, Standards and Evaluations.

7      I've been Assistant Flight Commander of Readiness,

8      Chief of Plans and Exercises and now Flight Commander

9      of Readiness.  So those are all, you would have to say,

10     involved in the senior management of the squadron.

11 Q   Okay.  You explained what Flight Commander in charge of

12     Readiness does.  I would like you to just go through

13     some of those other job titles.

14 A   Sure, Flight --

15 Q   What --

16 A   -- Commander for Training.  Flight Commander for

17     Training is responsible to see that all new people that

18     come into the squadron, both flight nurses and medical

19     technicians, are trained and qualified to do their --

20     well, trained to do their in-flight care job.

21         Safety.  As Chief of Safety, that is just tracking

22     and highlighting your use of safety, both on the

23     aircraft and general safety, like workplace safety.

24     Highlighted areas of problems like the 101 days of

25     summer, which always, you know, you have to talk about

**Page 24**

1    motorcycle safety and boating safety.  It's just the

2    general umbrella of safety.

3        Chief of Standards and Evaluations, everyone who

4    is a flyer gets what's called a check ride or an

5    evaluation to assure that they are competent to do

6    their in-flight job, and that, I was the Chief of that

7    for a period of time.  That's the overall umbrella of

8    what that role compromise -- comprises, not

9    compromises.  I think that was the highlight of the

10   other areas.

11 Q  Let's see.  Do you know when you were promoted to

12   major, roughly?

13 A  Let's see.  2006.  It would have been about 1999.  My

14   best guess.

15 Q  All right.

16 A  I didn't check any of these dates before I came.

17 Q  All right.  What I wanted to inquire about is whether

18   there's any rank disparity between you and Major Witt

19   at any time, or were you always of the same rank?  Was

20   there a period of time where you were her superior or

21   she was your superior or not?

22 A  I don't have strong recollection one way or the other.

23 Q  Okay.  What about these job titles?  Would they have

24   ever put you in the position of being in any way her

25   supervisor?

1   A   Yes.  I think she was in Training at the same time I

2       was.

3   Q   Chief --

4   A   The Flight Commander of Training.

5   Q   So she would have been an assistant in the Training?

6   A   She was -- the Training has several branches.  There's

7       initial training.  There's requalification.  There's --

8       on the organizational chart -- on the organization

9       chart, there's several branches that fall under that

10      and report back up to the Flight Commander.

11  Q   Okay.  What about when you were Chief of StanEval?

12      Would she in any way have been in the same section

13      there with you at any time as your subordinate?

14  A   As I recall, when she was removed from the squadron or

15      stopped coming to the squadron, she was Chief of

16      StanEval at that time, and I believe I became Chief of

17      StanEval when she left.  I think.  That's -- I'm a

18      little fuzzy on that, but I think that's the

19      transition.

20  Q   Okay.

21  A   Because I believe I was in Safety at that time.  She

22      was Chief of StanEval, and then she was removed as

23      Chief of StanEval, and I moved over to Chief of

24      StanEval.

25  Q   Okay.  Maybe I should just complete.  When were you

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1       promoted to Lieutenant Colonel?

2    A  **December 31st, 2006.**

3    Q  Okay.  So at the time that Major Witt was suspended

4       from points and pay in November of 2004, were you a

5       major?

6    A  **Correct.**

7    Q  Are you pursuing promotion to full colonel?

8    A  **Yes.**

9    Q  Are you on an eligibility list now?

10   A  **I am.**

11   Q  Okay.  Is that something that has a predictable

12      anticipated future date for being pinned as a full

13      Colonel?

14          MR. DIEDERICH:  Objection, foundation.

15   Q  (By Mr. Lobsenz)  Do you know whether or not there is

16      any -- do you have any expectation as to when that

17      might occur?

18   A  **It's a competitive -- a very competitive promotion.  I**

19      **believe the next Board that I'm eligible for will be a**

20      **bit over a year from now.  Perhaps 14, 15 months.  I'm**

21      **not exactly sure when the Board will be, but that will**

22      **be, I believe, the first time I'm eligible to go in**

23      **front of the Board for that.**

24   Q  Okay.  How long have you been on the list?

25   A  **Well, when you say, "on the list," I'm not sure that's**

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1      an appropriate -- or the correct way to state it.

2      It's -- I will be eligible to be evaluated or put into

3      a -- in front of the Board for my packet to go in front

4      of the Board to be evaluated and possibly promoted.

5  Q   In about 15 months, you think?

6  A   It's roughly that.

7  Q   Okay.

8  A   I'm not -- you know, I follow these things to some

9      degree, but I don't follow them particularly closely.

10 Q   Okay.

11 A   I'm concerned, but I'm not -- I know I'll do what I

12     need to do to prepare myself for it.

13 Q   Okay.  During the time periods that you were both doing

14     Reserve Duty, you and Major Witt, for the 446th, could

15     you explain other than you have explained that you

16     believe she was in the Training Section for a while

17     when you were chief of it, but how would you work with

18     her on a day-to-day basis during Reserve Duty time?

19 A   Well, she would have assignments to complete, and, you

20     know, as one of the people that worked -- that I worked

21     with or that worked for me, I guess, if you want to

22     characterize it that way, it was just a matter of

23     supervising and seeing that work got done.

24 Q   Okay.  You said you flew missions with her?

25 A   Yes.

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1    Q    What type of missions would they be?

2    A    Training missions, missions where we would do simulated

3         patient care, simulated aircraft emergencies.  We try

4         to simulate and prepare for things that could actually

5         happen to us when we are on the aircraft flying

6         patients.

7    Q    Okay.  Are there any specific missions that you flew

8         with her that you can specifically recall?

9    A    I remember flying to Hawaii more than once.  I remember

10        a long trip, several-day trip, to Europe, I remember we

11        were on because I got -- I think I got an evaluation at

12        that point from her.

13   Q    Okay.  Are you saying that on that particular flight,

14        she was evaluating you?

15   A    I believe at that point, she was the Chief of StanEval.

16   Q    And are there other training flights you went on when

17        you were evaluating her?

18   A    I don't think so.  When -- we have to be specific about

19        evaluation.  This is a flight evaluation for competency

20        to do the flight nurse job, and there is a hierarchy of

21        who can perform those evaluations.  If you have -- like

22        for instance, I'm a flight evaluator and that's an

23        additional duty in my squadron.  There are a number of

24        people that are flight evaluators.  Only the Chief of

25        StanEval or one other -- well, within the McChord area,

1        or one other person; the Operations Group Nurse can

2        perform evaluations on evaluators.  I can't evaluate

3        another evaluator per se.  It has -- there is a

4        hierarchy.  So if -- so I would never have given her a

5        flight evaluation because I was never Chief of StanEval

6        while we were there, while we were both in the

7        squadron.  As flight evaluation.  But now, if she -- at

8        the same time, she can work for me in Training, if you

9        will, or in another capacity, but I couldn't give her a

10       flight evaluation.

11   Q   Okay.  While you were during these roughly at least a

12       decade apparently, doing Reserve duty and working with

13       her --

14   A   Mm-hmm.

15   Q   -- did you share a commute with her from time to time?

16   A   Yes, her parents live in Gig Harbor, and --

17   Q   And you live in Gig Harbor?

18   A   Yes, and I live in Gig Harbor, and we would

19       alternate -- frequently alternate who drove on Saturday

20       and who drove on Sunday.  The person that drove, the

21       other person bought the latte so . . .

22   Q   Okay, so for how many years?

23   A   Well, certainly a number of years.  I can't give you

24       a -- I'm going to guess, what, five or six, somewhere

25       in there.

**Page 30**

1  Q   Would it be fair to say that you know Major Witt very

2      well?

3  **A   I don't think I would characterize it as very well.**

4  Q   Okay, and why is that?

5  **A   We didn't -- we were friends in the military, casual**

6     **friends, certainly could keep a conversation going,**

7     **talk about mutual interests, military matters, but for**

8     **instance, I rarely called or we rarely talked during**

9     **the months it wasn't a UTA or Unit Training Assembly or**

10    **a Reserve weekend or if we weren't going on a trip**

11    **together.  It just wasn't -- it was more of a casual**

12    **professional relationship, I would characterize it as.**

13 Q   Okay.  On a professional side of being familiar with

14     her competency as a flight nurse and a flight nurse

15     examiner, would you say that you are very well

16     acquainted with her --

17 **A   Yes.**

18 Q   -- competency?

19         MR. DIEDERICH:  Objection, assumes facts not in

20     evidence.

21         MR. LOBSENZ:  Pardon?

22         MR. DIEDERICH:  Assumes facts not in evidence.

23 Q   (By Mr. Lobsenz)  Did you have occasion to make

24     observations about her competency as a flight nurse?

25 **A   Yes.**

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1   Q   What would those be?

2   A   She was a very competent flight nurse.

3   Q   And on what occasions do you have to make those

4       observations?

5   A   Well, getting a -- you know, working together as a crew

6       and responding to simulated emergencies, either

7       aircraft or patient emergencies, I was comfortable with

8       her knowledge of how to respond and what to do.  And

9       again, as I mentioned earlier, I believe I got a flight

10      evaluation from her, and I was impressed with the

11      quality of the examination, the flight evaluation that

12      I got.  And subsequently, I would -- I utilized some of

13      the -- some of the -- oh, how do I want to put this?

14      Some of the -- one of her techniques, I utilized when I

15      was giving flight evaluations after that.  I thought it

16      was well -- a good evaluation tool during a flight

17      evaluation.

18          MR. LOBSENZ:   Okay.  I want to be careful not

19      to talk.

20              (Exhibit No. 1 marked.)

21              (Discussion off the record.)

22   Q   (By Mr. Lobsenz)  Before I ask you a series of

23      questions about that particular exhibit, in a more

24      general sense, I would like to ask you about Officer

25      Performance Reports.

1    A    Yes.

2    Q    Is there a specific period of time that every officer

3         is required to have an OPR done?

4    A    **Correct, yearly.**

5    Q    Yearly, and you've served as the rater for Margaret

6         Witt on occasion?

7    A    **Yes.**

8    Q    And on other occasions, apparently you have served as

9         the additional rater?

10   A    **Well, this one shows me as additional rater.  I assume**

11        **I served as rater, as well, but I don't have that in**

12        **front of me.**

13   Q    Okay.  What's the purpose of an OPR?

14   A    **It's an evaluation of how a person has performed, given**

15        **their job title, over the previous year.**

16   Q    And the one you've been handed marked as Exhibit 1, do

17        you recognize that document?

18   A    **Yes, yes.**

19   Q    Is that your signature on Page 2 in about the middle of

20        the page?

21   A    **Yes, it is.**

22   Q    Do you recognize the signature of Kenneth Winslow?

23   A    **I do.**

24   Q    And who is he?

25   A    **He is another flight nurse.**

1   Q   Now, for this particular exhibit, he was serving as

2       rater, and you were serving as additional rater;

3       correct?

4   A   **Yes.**

5   Q   Could you explain, is there some policy or specific

6       rationale as to who serves as rater and who serves as

7       additional rater?

8           MR. DIEDERICH:  Objection, foundation.

9           MR. LOBSENZ:  Go ahead.

10  A   **It follows -- it follows the organizational chart.**

11  Q   (By Mr. Lobsenz)  What do you mean by that?

12  A   **The chain of command, if you will, to use a military**

13      **term, or in a civilian environment, it would be the**

14      **organizational charts where a person has a job, who do**

15      **they report to, and if there is someone that that**

16      **person reports to, who is that.  So like a wire**

17      **diagram, for instance.**

18  Q   And you have personal knowledge of the organizational

19      chart as it existed at the time of this?

20  A   **I do now.**

21  Q   And so why, in a nutshell, would Winslow have been the

22      rater at this time and you the additional rater?

23  A   **He was the Chief of Air Crew Training, which was one**

24      **branch of Training, and Major Witt would have worked**

25      **for him in Air Crew Training.**

1    Q    Okay.  Did you rate Major Witt's performance for the

2         period of April, 2001, to April, 2002?

3    **A**    **Yes, I did.**

4    Q    And are those your comments in the box marked Roman

5         Numeral VII on the second page under the title,

6         Additional Rater Overall Assessment?

7    **A**    **Yes.**

8    Q    Was your overall assessment of Major Witt accurate and

9         fair?

10   **A**    **I would say so.**

11   Q    Is there a place on this OPR form for you to indicate

12        whether you concurred with the comments made by the

13        rater at that time, Major Winslow?

14   **A**    **Yes.**

15   Q    And did you indicate your concurrence?

16   **A**    **I did.**

17             MR. LOBSENZ:    Okay.  I would offer Exhibit 1

18        in evidence at trial at this time.

19             MR. DIEDERICH:  And I'm not sure of the status

20        of the exhibit list at this point, and we're

21        negotiating the objections on a document by document

22        basis so I'll incorporate whatever objection we have

23        stipulated to by the end of the pretrial conference.

24        At this point I assume they will be resolved by the

25        time this is put into evidence.

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1          MR. LOBSENZ:  I'm not sure about this, but I

2     think that you have already put this document on your

3     list, and we haven't objected to it.

4          MR. DIEDERICH:  Yeah, that may be right.  I

5     just don't have a photographic recall of what's on the

6     exhibit list right now.

7          MR. LOBSENZ:  All right.

8          (Exhibit No. 2 marked.)

9  Q   (By Mr. Lobsenz)  Okay.  The court reporter has handed

10    you what's been marked as Exhibit 2.  Do you recognize

11    your signature on the second page in the middle of the

12    page?

13  A  **Yes, I do.**

14  Q   And do you recognize Major Winslow's signature above it

15    on the second page?

16  A  **Yes, I do.**

17  Q   Do you recognize this document?

18  A  **Yes, I do.**

19  Q   Is this the OPR that you participated in completing for

20    Major Witt for the period of April of 2002 to April of

21    2003?

22  A  **Yes.**

23  Q   Those are your comments in the box marked Roman Numeral

24    VII, under Additional Rater Overall Assessment?

25  A  **Yes.**

1   Q   And again, you concurred with the overall assessment of

2       the rater, Major Winslow?

3   **A**   **Yes.**

4   Q   And again, I'd ask, do you think that it was a fair and

5       accurate assessment that you gave in your comments?

6   **A**   **Yes.**

7           MR. LOBSENZ:   I would offer Exhibit 2 into

8       evidence at this time.

9   Q   (By Mr. Lobsenz)  Now I'd like to ask you a question

10      about one of the specific comments that you made on

11      this Exhibit No. 2 in Roman VII.  I guess the last of

12      three specific comments that you list in Roman VII.

13      I'll read it.

14          Recognized as key participant in overall excellent

15      rating for air crew standardization and evaluation

16      visit.

17          First of all, what is an air crew standardization

18      and evaluation visit?

19  **A**   **That's where higher headquarters comes in and evaluates**

20      **your program to see if it meets their standards.**

21  Q   When you say, "higher headquarters," is that

22      Headquarters Air Force Reserve in Robins?

23  **A**   **Air Force Reserve Command, yes.**

24  Q   Which is --

25  **A**   **Correct.**

**Page 37**

1   Q   -- back in Robins, Georgia?

2   A   Correct.

3   Q   And how often is such a visit done?

4   A   It's a periodic schedule, and I -- we're either

5       preparing for one or having one, and it's on a cycle,

6       and I just don't know the time frame off the top of my

7       head.

8   Q   Okay.  Exactly -- in this particular visit, what size

9       unit is being evaluated?  Is it the squadron or is it

10      larger than the squadron?

11  A   The squadron, itself.  It's approximately at this time

12      as I recall roughly 120 or so personnel, and that

13      includes all personnel.  Administrative support as well

14      as flyers, logisticians, et cetera.

15  Q   Did you personally play any particular role in

16      preparing for that standardization and evaluation

17      visit?

18  A   I'm sure I did, given the time frame, but I don't have

19      any specific recollection of what I personally did.

20  Q   Okay.  You have here described Major Witt as a key

21      participant.  What do you mean?  Why did you say that

22      she was a key participant in this visit?

23  A   She would have been entrusted with qualifying

24      personnel.  This was at a bit of a transition time.

25  Q   What do you mean by that?

1  A  Well, I'm trying to keep the -- I'm trying to get the

2      time frames correct.  It's been a -- I mean, this is a

3      seven, eight year old now document.  It would have been

4      written over eight years ago, and I'm trying to

5      remember when we transitioned to the C-17 aircraft from

6      our primary aircraft prior to that, which was the

7      C-141.  But as I note Col. Winslow's, or at the time

8      Major Winslow's note that No. 1 item on Roman Numeral

9      VI has OIC of Ground Training ensured rapid

10     qualification of 100 percent of personnel on C-17

11     aircraft, that would have been an important piece of

12     preparing for this evaluation.

13  Q  Okay.

14  A  I believe that's likely where that came from, but I

15     don't have absolute recall on that.

16  Q  Okay.  Prior to the C17 being the unit's primary

17     aircraft --

18  A  Mm-hmm.

19  Q  -- what was the primary aircraft for the unit?

20  A  C-141.

21  Q  To make that transition, what has to happen as far as

22     the qualifications of people in the squadron?

23  A  Well, people have to demonstrate a knowledge of the

24     working systems on that aircraft, as well as how to

25     take care of patients on that aircraft.  I mean, it's

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1     like we do not -- I don't want to draw a parallel, per

2     se, but perhaps a working description would be, for

3     instance, flight attendants, as they remind us

4     constantly when we fly now, are there for our safety.

5     They are to be able to assist in emergency, open exits,

6     fight fires, that sort of thing.  That's the additional

7     part of our role in addition to patient care is to

8     recognize aircraft emergencies and respond

9     appropriately.

10   Q   Okay.

11   A   So that's a big part of qualification as a flight nurse

12     to be a flight nurse in the Air Force.

13   Q   So each person that -- is this correct?  Each person

14     that serves on a flight crew has to be certified for

15     this new plane?

16   A   Qualified, yes.

17   Q   Qualified, okay.

18   A   Yeah.  It's in the -- I'm a little fuzzy on the

19     specifics of the definition there.  There was an

20     initial period of time when we were certified.  There

21     was a period of time when we were certified on multiple

22     aircraft, but now we have transitioned over the last

23     number of years into a universal qualification so that

24     any aircraft, we can fly on any aircraft that's

25     suitable for --

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

**Page 40**

1   Q   Okay.

2   A   -- transporting patients.

3   Q   But apparently, that was not true at this time; is that

4       right?

5   A   Well, it said, rapid qualification of 100 percent, so I

6       perhaps used the wrong term when I said, certified.

7   Q   Okay.

8   A   I'm not -- then you see the next where it says,

9       "Seeking out and maintaining certification on three

10      potential opportune aircraft for AE."

11  Q   Mm-hmm?

12  A   So there's a period of time where the terms

13      certification and qualification were a little -- they

14      had different meanings.

15  Q   Regardless of whether the exact term should have been

16      qualification or certification, what, as Officer in

17      Charge of Ground Training, would have been Major Witt's

18      role in this transition process?

19  A   Assuring that squadron personnel were able to -- I

20      mean, bottom line, able to take care of patients and

21      respond appropriately during aircraft emergencies on

22      multiple aircraft.  You see the three listed there,

23      C-17, C-130 and C-141 aircraft.

24  Q   Now, the rating that Headquarters Reserve gave as a

25      result of this visit was excellent, is that correct, to

1        the squadron?

2    A   **To the best of my recollection.**

3    Q   Is that what it means when it says --

4    A   **Overall excellent rating?**

5    Q   - overall excellent?

6    A   **Yeah, I'm sure excellent would have been put into**

7        **quotations, and that would have been appropriate.**

8    Q   That's the highest rating you can get?

9    A   **Well, outstanding.  Well, I don't know.**

10   Q   Okay.

11   A   **Different inspections have different ratings schedules,**

12       **ratings.**

13   Q   And it's your judgment that she was a key participant

14       in the process of obtaining that excellent rating; is

15       that right?

16   A   **That was my judgment.**

17   Q   Okay.  I guess you use this word, recognized.  Were you

18       speaking solely for yourself, or is there some way in

19       which others, other officers recognized her as a key

20       participant?

21   A   **Well, I don't have specific recollection, but in her**

22       **position as Officer in Charge of Ground Training, the**

23       **person in that position would have been, I believe,**

24       **generally felt by all concerned to be a major player in**

25       **this evaluation.**

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1          MR. LOBSENZ:   Okay, and I think I've already

2     said it, but if I did not, I would now offer Exhibit 2

3     in evidence.

4               ( Exhibit No. 3 marked.)

5  Q  (By Mr. Lobsenz)  Col. Hansen, you've been handed

6     what's been marked as Exhibit 3.  Do you recognize your

7     signature in the middle of Page 2 of that OPR?

8  **A  Yes, I do.**

9  Q  Do you recognize, again, Major Winslow's signature as

10    the rater above yours?

11 **A  Yes, I do.**

12 Q  Is this OPR in which you participated in rating Major

13    Witt for the period of April, '03, to April, '04?

14 **A  Yes.**

15 Q  And those are your comments in the Roman Numeral box

16    VII under Additional Rater Overall Assessment?

17 **A  Yes.**

18 Q  And do you believe that your overall assessment of

19    Major Witt on this OPR was accurate and fair?

20 **A  Yes.**

21 Q  There is a place on this form to indicate whether you

22    concurred with Major Winslow's comments; correct?

23 **A  Yes.**

24 Q  And again, you indicated that you concurred with his

25    comments; correct?

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

**Page 43**

1   A   Yes.

2           MR. LOBSENZ:  I would offer Exhibit 3 in

3       evidence at this time.

4   Q   (By Mr.Lobsenz)  Now I would like to ask you about a

5       specific comment you made in Box 7.

6   A   Okay.

7   Q   You said there in part, "Recognized leader.  Submitted

8       by peers and selected by superiors as Officer of the

9       Quarter, spring of 2003."

10  A   Yes.

11  Q   First of all, would you explain what it is to be --

12      what does it mean to be Officer of the Quarter?

13  A   Well, there are multiple ranks.  Airman, Senior NCO,

14      Officer, Senior Officer, Field Grade Officer.  I'm

15      not -- I believe those are the four where you try to

16      choose an outstanding person within that quarter, and

17      then those quarterly award winners go forward to a

18      yearly competition for Officer of the Year, for

19      instance.

20  Q   All right.  You also used in there the term, peers, in

21      this phrase, submitted by peers.

22  A   Correct.

23  Q   So maybe I should ask first, can you explain what the

24      process is for being selected for Officer of the

25      Quarter?

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1   A   Well, within the squadron, there is a call for

2       submission quarterly, you know, usually the month

3       before the selection is made, and bullet statements are

4       forwarded, and the selection is made normally by the

5       Commander.  I don't know who -- I've never been part of

6       the -- she's never asked me for my input as far as who

7       to select.  I don't know if she does that, for

8       instance, with her -- with other members like her --

9   Q   Can I stop you for a moment because you are using, she.

10      Are you referring to a particular Commander like Walker

11      or Moore-Harbert, or are you using it in a general way?

12   A   The last several Commanders we have had have been

13      female so I'm just using, she, because that's what

14      comes to my mind.

15   Q   Okay, but you weren't using it as a particular one of

16      those?

17   A   Correct.

18   Q   So the process is that the Commander selects from

19      submissions made by the squadron in general?

20   A   Squadron in general; right.

21   Q   Can anyone in the squadron submit the name of someone?

22   A   Yes.

23   Q   So when you say, peers, I think you listed four

24      different positions that you could be --

25   A   Yeah, I think we have Airman, Senior NCO, Officer, and

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1    Field Grade Officer, I believe are the four.  It might

2    just be Officer.  I don't know.  This has changed,

3    perhaps, over time.

4  Q  I guess what I'm wondering is can an airman submit the

5    name of an officer or it just officers that submit the

6    names of officers?

7  A  I don't know.

8  Q  Okay.  At this time, spring of 2003 --

9  A  Mm-hmm.

10  Q  -- you mentioned a bit ago, but I think we were on an

11    earlier exhibit, how many people were in the squadron?

12  A  Total?

13  Q  Yes.  How many people would have been in the squadron,

14    total, in the spring of '03?

15  A  To the best of my recollection, approximately 120

16    people.

17  Q  And of those 120 people, approximately how many would

18    have been officers?

19  A  Probably around, I'm going to say, 40, and that's --

20    that's a best guess.  That's not -- I don't know that

21    for a fact.

22        MR. DIEDERICH:  I don't want to interrupt your

23    free-flow, but I was just going to ask, Lt. Col.

24    Carnes, are you there?

25        MR. LOBSENZ:  Are you there, Col. Carnes?

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1          COL. CARNES:  Yes.

2          MR. DIEDERICH:  Could you maybe put your phone

3  on mute?  We're getting some feedback from your

4  keyboard.

5          COL. CARNES:  Oh, very well.  Sorry about that.

6  Q  (By Mr. Lobsenz)  So then the Commander in the spring

7     of 2003 would have been Colonel Mary Walker; correct?

8  A  Yes.

9  Q  So when you say, "selected by superiors," plural,

10    there, just who are you referring to when you say,

11    "selected by superiors"?

12  A  My -- I believe it's the Commander's final decision,

13    but I, again, have never been privy to the selection so

14    I don't know the exactitude of that.  Let me digress a

15    moment here.  Let me step back a moment.

16  Q  Mm-hmm.

17  A  I have on a couple of occasions I recall been in the

18    management meeting and have given input to various

19    candidates.  I don't recall that being a regular thing,

20    but I do recall on at least a couple of occasions.  And

21    I have no recollection -- as a matter of fact, it would

22    not have been during that period because I was not

23    around much during that period.

24  Q  Okay.  You just referred to, I think, a management

25    meeting?

**Page 47**

1  A  Mm-hmm.

2  Q  Is there a subset of officers that serve on something

3     called the Executive Board or Executive Committee or

4     something?

5  A  **Yes.**

6  Q  What is the proper name?

7  A  **Executive Management Committee.**

8  Q  Okay.  Did you serve on that Board from time to time?

9  A  **Yes.**

10  Q  Are you on it now?

11  A  **Yes.**

12  Q  How long have you been on it?

13  A  **Since being named Readiness Flight Commander.**

14  Q  Okay, that would be since when?

15  A  **I'm going to say a little over a year now the most**

16     **recent assignment.**

17  Q  Okay.  Have you been on -- are there different multiple

18     times you have been on the committee --

19  A  **Yes.**

20  Q  -- or only one?  So prior to your most recent time,

21     being on the committee --

22  A  **When I was Flight Commander of Training, I would have**

23     **been on it.**

24  Q  When would that have been?

25  A  **In '02/'03.  '01, perhaps.**

**Page 48**

1  Q   Okay.  Do you know how many times you have served on

2      the committee?

3  A   **Generally, the Chief of StanEval is also on it.**

4  Q   Okay.

5  A   **I don't know that there -- I think the committee**

6      **make-up is somewhat fluid.**

7  Q   Okay.  Do you know whether you served on the Executive

8      Management Committee at the same time as Major Witt?

9  A   **I don't think so because -- and I just don't think so.**

10     **I don't know for a fact, but I don't believe as the**

11     **Person in Charge of Patient Safety, which would have**

12     **been my job when she was Chief of StanEval, that person**

13     **is not usually a board or committee member.**

14 Q   Okay.  If I have this right, you know that you have

15     been on it a number of times?

16 A   **Yes.**

17 Q   And you know that she's been on it at least when she

18     was Chief of StanEval?

19 A   **I believe so.**

20 Q   But you don't believe you ever were on it at the same

21     time?

22 A   **I don't think so.  I just -- I have no clear**

23     **recollection of that.**

24         MR. LOBSENZ:  Okay.

25         (Exhibit No. 4 marked.)

1   Q   (By Mr. Lobsenz)   The court reporter has handed you

2        what's been marked as Exhibit 4.  Do you recognize your

3        signature on Page 2 in the block for rater?

4   A   Yes.

5   Q   Do you recognize Lt. Col. Janette Moore-Harbert's

6        signature in the box for additional rater?

7   A   Yes.

8   Q   Is this the OPR for Margaret Witt that you participated

9        in for the period of evaluating her from April of '04

10       to April of '05?

11  A   I did somewhat.  The process was a little strange in

12       that after she was removed or whatever term you want to

13       use, I moved over into the Chief of StanEval slot,

14       which had been her slot.  She had to have an OPR

15       written, and it fell to me to write it.

16  Q   Okay.  In all of the prior exhibits that I've shown

17       you, 1 through 3, you were the additional rater.  Here

18       you are rater?

19  A   Yes.

20  Q   Is that because you are now Chief of StanEval?

21  A   Yes.

22  Q   Okay.

23  A   Well, and -- Yeah.  I'm a little unclear.  It fell to

24       me to write this as the Chief of StanEval after she was

25       removed from being Chief of StanEval.

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1   Q   Okay.  Will you look at the date that you actually

2       signed this OPR?

3   **A**   **Yes.**

4   Q   It's July of '06; correct?

5   **A**   **Yes.**

6   Q   That is more than a year after the end of the OPR

7       period?

8   **A**   **Yes.**

9   Q   And given that she was suspended from participation in

10      the unit in November of '04, it's almost two years

11      after she had ceased performing any Reserve Duty;

12      correct?

13  **A**   **Correct.**

14  Q   So do you recall that someone triggered with you this

15      task of we need this OPR?

16  **A**   **Yes.**

17  Q   This is an unusually long period after the period of

18      evaluation for the evaluation to be done?

19  **A**   **Correct.**

20          MR. DIEDERICH:  Objection, foundation.

21  Q   (By Mr. Lobsenz)  Do you know what a normal period is

22      for getting these OPR's done?

23  **A**   **They are due on a yearly basis.**

24  Q   Okay, so if the person's evaluation year is up in

25      April, they are generally due when?

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1  A    Well, we actually turn -- we actually turn in the

2       information to the squadron between 60 and 90 days

3       prior to the close-out period so it's in process for

4       several months prior to the close-out period.

5  Q    Okay, so do you recall who it was who asked you to do

6       this belated OPR?

7  A    I -- I believe it was Colonel Moore-Harbert.  I do not

8       have an absolute recollection of that.

9  Q    Do you remember what the explanation was as to why it

10      was needed?

11 A    Because she had a rating period that -- she had a

12      period that required a rating, but there was no OPR

13      completed for that period.

14 Q    Okay.

15 A    As best -- to the best of my knowledge.

16 Q    Would you say that your overall assessment of Major

17      Witt for the period of this OPR was accurate and fair?

18 A    Yes, I would.

19           MR. LOBSENZ:  I would offer Exhibit No. 4 in

20      evidence at this time.

21 Q    (By Mr. Lobsenz)  Now I would like to ask you again

22      about some specific comments you made in the Box VI for

23      Rater Overall Assessment.

24 A    Okay.

25 Q    The second comment you made was, Committed "to

1          continuing squadron cohesion and morale."

2    A     Yes.

3    Q     And then after that, it says, "First in line to promote

4          barbecue luncheon, softball game."

5    A     Yes.

6    Q     First question.  When you use the term, cohesion or

7          squadron cohesion, what do you mean by that?

8    A     Well, we try to bring people together as part of the

9          AirEvac family.  They was a period of time where other

10         squadrons were wanting be -- you know, periodically, we

11         try to field a softball team to play other squadrons.

12         She was, as I recall -- again, this is six years ago

13         now -- always ready and willing and able to promote

14         that, getting people together to -- we have a couple of

15         grills at the squadron.  We'll fire up a grill and, you

16         know, have a barbecue, throw some burgers or brats on

17         the grill just to get -- you know, and people throw a

18         couple bucks in the pot.

19              As I recall, and we then -- as I recall, she was

20         the driver to get those going periodically.  It wasn't

21         like these occurred monthly, but I -- when I wrote

22         this, I must have noted that she was right there

23         promoting this, at least occasionally.

24   Q     Okay.  After squadron cohesion, you have the words, and

25         morale.  I want to ask, I've seen in innumerable places

1    phrases, military phrases, where the term, unit

2    cohesion, is used.  Then there is a morale.  Then it

3    says unit morale after that.  When you use the term,

4    morale, are you using it in this OPR as meaning

5    something different from unit cohesion or is it --

6  A  **I think it's part of.**

7  Q  -- part of it, a subset of unit cohesion?

8  A  **I would -- I would think that.**

9  Q  Okay.  What effect did her efforts have on unit

10    cohesion and morale?

11  A  **Well, I think always if you can get people together to**

12    **cheer for their squadron members in a softball game and**

13    **they want to play as a unit against another squadron, I**

14    **think that's a positive piece.  If you get people who**

15    **want to get together and have a burger and not go out**

16    **for lunch or not stay in their offices and work, but**

17    **rather socialize, at least within the squadron, I think**

18    **that's a positive.**

19  Q  Okay.  I'd like to ask you about the first comment in

20    that box.  I'll read that one.

21    Dynamic senior nursing leader recognized by peers

22    for strong character, leadership skills, and knowledge

23    base.

24    Again, my first question is, when you say, "by

25    peers" --

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1   A   Okay.

2   Q   -- who are you referring to now?

3   A   Flight nurses.

4   Q   Okay, so flight nurses in general recognize her for

5       those things?

6   A   That was my impression.

7   Q   Okay, and when you say, "dynamic," what do you mean by

8       that?

9   A   It's -- to me, it's an action word that says she is a

10      little -- that she is above, you know, somebody who

11      melds into the background, for instance.  So she comes

12      forward.

13  Q   Mm-hmm?

14  A   Without my dictionary to refer to, and I use a

15      dictionary, and I use an OPR writing guide, and I use

16      multiple sources for -- to try and get the right phrase

17      down when you are writing these.

18  Q   Okay.  The fourth one down says, "Recognized by her

19      peers for her expertise in flight evaluations.

20      Creatively develops realistic scenarios that test and

21      tax the member to perform at their maximum

22      level-scenarios drawn from wartime, real life

23      experience." Back to that word again, peers.  Again,

24      recognized by her peers for these things?

25  A   Correct.

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1   Q   Who are you referring to here as her peers?

2   A   Would have been other flight nurses.  As Chief of

3       StanEval, she would have been the leading person to

4       give flight evaluations to other flight evaluators as

5       well as other flight nurses.

6   Q   Okay.  The last bullet you have in there says,

7       "Remarkable leader-exceeds expectations.  Achieves the

8       unexpected and seeks out the best in other members."

9           In that assessment, remarkable leader, is that

10      your personal assessment solely, or is it some other

11      assessment of a larger group of people?  Is that a

12      clear --

13  A   I believe that this reflected upon her ability to give

14      very good flight evaluations and teach people how to

15      improve their ability merely by being the evaluated

16      person.  Her evaluations, I know in my case, improved

17      my ability to give flight evaluations.

18  Q   Okay.

19  A   Beyond that, I can't -- I have no specific recollection

20      of why I used that term.

21  Q   Okay.  Other than Major Witt, you have had occasion to

22      do overall assessments on OPR's for many other flight

23      nurses; is that correct?

24  A   Yes.

25  Q   Can you estimate in any way or even in the roughest way

1     over the past ten years how many times you have served

2     as a rater or additional rater for a flight nurse?

3  A  Probably right now -- right now, I have one, two,

4     three, probably -- probably on the average of either as

5     rater or additional rater --

6  Q  Mm-hmm?

7  A  -- 75 to a hundred times, I would guess, over ten

8     years.

9  Q  Okay.  In your opinion --

10 A  And that's a rough guess.

11 Q  Mm-hmm.  In your opinion, how does she compare to the

12    other flight nurses that you have had occasion to

13    evaluate, as far as is she top ten?

14 A  Top ten percent, at least.  I -- you know, it's

15    difficult to stratify.  I mean, now, we have to

16    stratify.  That's come into play in the OPR's in the

17    last year or so to where you have to give a number.

18 Q  You mean it's like grading on a fixed curve?  You have

19    to give so many A's?

20 A  You have got to -- no, you just have to stratify so

21    that the person above can say -- I say, I believe out

22    of ten personnel, this is No. 2 or No. 1.  We don't do

23    that.  We weren't doing that at this time, but she was

24    certainly an excellent flight nurse.

25          MR. LOBSENZ:  Okay.  Let's go off the record

1    for just a second.

2         (Recess from 10:40 a.m. to 10:45 a.m.)

3  Q    (By Mr. Lobsenz)  At some point in the fall of 2004,

4       did you find out in some way that Major Witt had been

5       suspended?

6  A    **Yes.**

7  Q    At some point, did you realize she wasn't going to be

8       coming to McChord for Reserve weekend duty any more?

9  A    **Probably fairly quickly.  I don't recall specifically.**

10  Q    Was there any official explanation given to you or to

11       the unit at large as to why she was no longer coming

12       for the weekend duty?

13  A    **I don't recall any specific official reason given.**

14  Q    So was there talk between you and other people as to

15       where she was?

16  A    **Yes.**

17  Q    And what was that talk?

18         MR. DIEDERICH:  Objection, hearsay.

19  A    **Apparently, that she was found to have been in a**

20       **homosexual relationship, and that she was suspended**

21       **from performing duties.**

22  Q    (By Mr. Lobsenz)  Okay.  Do you have any particular

23       memory as to particular individuals that told you this

24       or spoke to you about this?

25  A    **No.**

1  Q  Okay, and when you say it was fairly quickly after her

2     not being at the unit any more that you heard this,

3     what do you mean by fairly quickly?  Can you quantify

4     that in terms of time with some parameter?

5  A  I think that the day that it happened, she was noted --

6     not by me, I did not see her -- to be coming down the

7     hall crying, and that precipitated conversation.  And

8     the information basically that she was being suspended

9     or not going to be there became widely known shortly

10    after that.

11 Q  Okay.  What was your personal reaction to this?

12 A  Well, I thought it was a loss of a good flight nurse.

13 Q  Okay.

14 A  And the concern is that she was outed through -- well,

15    through no -- well, how do I say this?  I was concerned

16    about the way she was outed.  That apparently, it was

17    from a third party report that she was in a homosexual

18    relationship.

19 Q  Okay.  You have described your reaction to the fact

20    that she wasn't going to be serving in the U.S. Air

21    Force.  What about any reaction to being informed that

22    it's believed she's a lesbian.  Did you have a reaction

23    to that?

24 A  Not particularly.

25 Q  Okay, and why not?

1   A   I don't -- it wasn't something I particularly was

2       concerned or even cared about.  I'm not -- I'm not

3       particularly concerned about someone's sexual

4       orientation.

5   Q   Okay.  At any time over the ten-plus years that you

6       were serving with her in the 446th, did she ever tell

7       you that she was lesbian?

8   A   No.

9   Q   At any time, did she ever imply or hint that she was a

10      lesbian?

11  A   Not so that I noticed.

12  Q   Okay.  Did she, in general, tell you personal things

13      about her life?

14  A   Not much.

15  Q   Okay.  At any time, did you ever ask her if she was a

16      lesbian?

17  A   No.

18  Q   Is there a reason for that?

19  A   I didn't care.  It was not something that I was

20      concerned or wanted to know.

21  Q   Okay.  Have you ever asked any member of the Armed

22      Forces of the United States if he or she was lesbian?

23  A   No.

24  Q   Beyond you don't care, is there any other reason why

25      you wouldn't ask that?

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

**Page 60**

1   A   I don't want to know the answer.  If someone tells them

2        one -- well, let me step back.  My understanding about

3        Don't ask/Don't tell is I don't ask.

4   Q   Prior to learning about her suspension in fall of '04,

5        had you ever given any thought to the question of

6        whether she was straight or lesbian?

7   A   Not substantive.  Not that I can -- I have no

8        recollection of ever having spent any time thinking

9        about it.

10   Q   And after you found out that she was lesbian, did you

11        spend any time thinking about it then?

12   A   Not particularly.

13   Q   Okay.  Is it still a non-issue to you?

14   A   Correct.

15   Q   Prior to her suspension, did you enjoy working with

16        Major Witt?

17   A   Yes.

18   Q   Do you have an opinion as to whether or not other

19        members of the unit in general enjoyed working with

20        her?

21            MR. DIEDERICH:  Objection.  Foundation,

22        speculation.

23   A   I would say, in general.

24   Q   (By Mr. Lobsenz)  First, it's just yes or no.  Just do

25        you have an opinion?

1  A   Do I have an opinion?

2  Q   As to whether people in general enjoyed --

3  A   Yes.

4  Q   Okay.  What do you base that opinion on?

5  A   People's remarks.

6  Q   Okay, and what was that?

7  A   Generally favorable.

8          MR. DIEDERICH:  Objection.  It's still opinion.

9      Now it's based on hearsay.

10 A   Generally favorable or favorable as far as I know.

11     I've never heard any -- I am unaware; I have no

12     recollection of hearing any unfavorable remarks about

13     Major Witt related to flight nursing or her sexual

14     orientation.

15 Q   (By Mr. Lobsenz)  Okay.  I'll ask you a number of

16     questions about that in a minute.  But here, let's just

17     focus on you alone for a minute.  After learning that

18     she was a lesbian, did that in any way affect your

19     willingness or desire to work with her?

20 A   No.

21 Q   After hearing that she was a lesbian, did that affect

22     in any way your opinion as to her efficiency as a

23     flight nurse?

24 A   No.

25 Q   After hearing that she was lesbian, did it affect in

1      any way your opinion that she is a valuable asset to

2      the Air Force?

3   A  No.

4   Q  Did you discuss her separation, then, with other

5      members of the 446th?

6   A  **I'm sure I did.**

7   Q  Okay.  Yes or no --

8   A  **Yes.**

9   Q  Yes or no, did they express to you --

10  A  **Oops.**

11  Q  -- what their reaction was to their learning that she

12     was being separated for homosexual conduct?  Yes or no,

13     did they tell you what their reaction was?

14  A  **Yes.  In a general feeling, yes.**

15  Q  Okay.

16  A  **Without specifics to draw from.**

17  Q  Okay, and what did they say?

18        MR. DIEDERICH:  Objection, hearsay.

19  A  **In general, I don't recall ever hearing negative**

20     **remarks about Major Witt as far as her being an officer**

21     **in the Air Force or a flight nurse.**

22  Q  (By Mr. Lobsenz)  Okay.  I'm going to ask you a lot of

23     questions on that subject in a way, but I'm going to

24     divide it up into all sorts of different slices.  Some

25     time slices.  First of all, focusing on the period of

**Page 63**

1    time from wherever you first met Major Witt in the

2    446th, somewhere in the nineties --

3  A   **Okay.**

4  Q   -- all the way up to the day that you learned that she

5      was suspended in November of 2004, during that block of

6      time, had you ever heard anyone in the 446th make any

7      negative comment about Major Witt?

8          MR. DIEDERICH:  Objection, hearsay.

9  A   **I have no recollection of hearing negative comments.**

10 Q   (By Mr. Lobsenz)  Had you ever heard anyone in that

11     period of time in the 446th ever make a complaint about

12     her?

13 A   **I have no recollection of ever hearing complaints.**

14 Q   Now, if I give you a different block of time, the block

15     of time from the time that she was suspended in

16     November of 2004 until the time she filed this lawsuit,

17     which was in April of 2006, in roughly that block of

18     time, did you ever hear anyone in the 446th say they

19     did not want Major Witt to return to the 446th?

20         MR. DIEDERICH:  Objection, hearsay.

21 A   **No recollection of ever hearing anybody say that.**

22 Q   (By Mr. Lobsenz)  During that period of time, did you

23     ever hear anyone make a negative comment of any kind

24     about Major Witt?  Anyone within the 446th.

25         MR. DIEDERICH:  Same objection.

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1   A   I have no recollection of hearing that.

2   Q   (By Mr. Lobsenz)  Okay, and now a third block of time,

3       which is after she filed the lawsuit.  Let me ask you,

4       first of all, after she filed the lawsuit, was there

5       more talk in the unit about her, at least in the

6       immediate aftermath of her filing a lawsuit?

7   A   In fact, so much time had passed that a number of the

8       newer people were unaware of the lawsuit.

9   Q   Okay.  When the lawsuit was filed, did that trigger

10      inquiries from the newer people?

11  A   In the most general way.

12  Q   So was there any kind of resurgence of Major Witt being

13      a topic of discussion around the time she filed the

14      lawsuit?

15          MR. DIEDERICH:  Objection, vague.

16  A   I don't recall that being an issue in 2006.  That's

17      when we're talking about; correct?

18  Q   (By Mr. Lobsenz)  Well, good point.  I'm going to ask

19      you now about from the time that she filed the lawsuit

20      in April of 2006 until today.

21  A   Okay.

22  Q   Is there any period of time in there where she again

23      became a subject of conversation?

24  A   There was a time during a meeting of the squadron

25      called Commander's Call when everyone comes together

1   for remarks that there was information brought forth

2   that the lawsuit was going forth, and members were

3   going to be called to testify and to be involved in

4   this lawsuit.  And in fact, partway through that

5   because it was so vaguely worded in Commander's Call, I

6   actually raised my hand and told the Commander and the

7   personnel that were up front that I thought many

8   members had no idea what they were talking about.  And

9   indeed, many did not so they had to explain what they

10  were talking about.

11  Q   At That time, what did they explain?

12          MR. DIEDERICH:  Objection, hearsay.

13  A   That Major Witt was -- had filed a lawsuit regarding --

14  regarding Don't ask/Don't tell and her dismissal from

15  the Air Force.

16  Q   (By Mr. Lobsenz)  And at that Commander's --

17  A   To the best of my recollection.

18  Q   Um-hum?

19  A   I don't recall the exact words, or that was the

20  generalization of the remarks.

21  Q   At that Commander's Call, did you hear anybody in the

22  unit say anything negative about Major Witt?

23          MR. DIEDERICH:  Objection, hearsay.

24  A   No.

25  Q   (By Mr. Lobsenz) At that Commander's Call, did you hear

1      anyone saying they did not want Commander Witt

2      returning to the unit?

3   A   No.

4               MR. DIEDEICH:  Objection, hearsay.

5   A   No.

6   Q   (By Mr. Lobsenz) So now taking this large block of time

7      from the time she filed her lawsuit from April 12,

8      2006, until today --

9   A   Okay.

10  Q   -- within that large block of time, have you ever heard

11     anyone in the 446th say anything negative about Major

12     Witt?

13              MR. DIEDERICH:  Same objection.

14  A   Not about Major Witt.

15  Q   (By Mr. Lobsenz)  Okay.  So far, all those questions

16     have been about the 446th.

17  A   Okay.

18  Q   They have been about the 446th and specifically about

19     Major Witt.

20  A   Okay.

21  Q   Now I'm going to change the question slightly to still

22     the 446th, but not whether you have heard comments

23     about Major Witt, but more broadly, have you ever heard

24     negative comments about gays and lesbians from anyone

25     in the 446th.  So the question now is, you have been in

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1    the 446th since 1994; correct?

2  **A**  **Correct.**

3  Q  So from 1994 to the present, have you ever heard any

4    member of the 446th make a negative comment about gays

5    or lesbians in general?

6          MR. DIEDERICH:  Objection, hearsay.

7  **A**  **I have no recollection of that.**

8  Q  (By Mr. Lobsenz) Have you ever heard anyone in the

9    446th in any of the time you have been with the

10    squadron say they don't want to serve with someone who

11    is gay or lesbian?

12          MR. DIEDERICH:  Same objection.

13  **A**  **No recollection of ever hearing that comment.**

14  Q  (By Mr. Lobsenz)  Okay.  Now I'm going to broaden the

15    question again for a moment, but you've testified that

16    you've been deployed, I think it's four times?

17  **A**  **Yes.**

18  Q  And during those deployments, you are attached to other

19    units?

20  **A**  **Correct.**

21  Q  And one of those units, I think you said, was from --

22    one was from Ramstein --

23  **A**  **Well, they are all expeditionary.  They are all**

24    **expeditionary units so they are -- it's a structure**

25    **that's set up for the expeditionary nature of the**

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1       squadron.

2   Q   During any of those deployments, would you work with

3       people from the armed services of any other countries?

4   A   **Not directly.**

5   Q   Okay.  So now I want to ask about the deployments.

6       Somewhat similar question.  During any of your

7       deployments overseas, have you ever heard any service

8       member, regardless of what unit they were from, have

9       you ever heard any service member make a comment about

10      not wanting to serve with gays or lesbians?

11          MR. DIEDERICH:  Objection, hearsay.

12  A   **No recollection.**

13  Q   (By Mr. Lobsenz)  Okay.  I guess the broadest question

14      of all I have now is you have a total of 23 years

15      service for two different services, starting in 1975

16      with this gap from '78 to '90; right?

17  A   **Correct.**

18  Q   In your entire military career in both services, have

19      you ever heard that you can recall a service member

20      saying that they don't want to serve with gay or

21      lesbian?

22          MR. DIEDERICH:  Same objection.

23  A   **I have no specific recollections of ever hearing that.**

24      **Granted, in fact, we're covering 35 years now.**

25  Q   (By Mr. Lobsenz)  Right.

1   **A**   **So . . .**

2   Q   Okay.  Now, have you had occasion to learn that someone

3       other than Major Witt who was previously a member of

4       the 446th, but is no longer in the service at all was,

5       in fact, a lesbian?

6   **A**   **Yes.**

7           MR. DIEDERICH:  Objection.  Sorry.  I didn't

8       finish making the objection before he did the answer.

9       I'm happy to fill it out, or we can just move on if you

10      want.

11  Q   (By Mr. Lobsenz)  How many times have you had that

12      experience?

13  **A**   **I am aware of two personnel.**

14  Q   And who are those two people?

15          MR. DIEDERICH:  Objection, relevance.

16  **A**   **Lisa Chesa.**

17  Q   (By Mr. Lobsenz)  Starting with Lisa Chesa, what was

18      her position within the 446th?

19  **A**   **She was a medical technician.**

20  Q   So she was not an officer?

21  **A**   **Correct.**

22  Q   How many years, do you think, did you and she both

23      serve in the 446th?

24  **A**   **Well, I recall late nineties, probably, and again,**

25      **very, very vague on the dates.  Late nineties until her**

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1       retirement, I believe.  I believe she retired.

2  Q   When is it, roughly, that you think she retired?

3  A   I'm going to say at least three or four years ago.

4  Q   Okay.

5  A   Do you know?

6  Q   I'm sure I have it written down somewhere, but I don't

7       know.

8  A   Okay.

9  Q   So during the period of time that you served with her,

10      and she was in the 446th --

11  A   Mm-hmm.

12  Q   -- did you ever have any inkling that she was lesbian?

13  A   None.

14  Q   Okay.  Did she ever hint or say or do anything that

15      gave any suggestion or implication to you that she was

16      a lesbian?

17  A   No.

18  Q   After she left the service, how did you find out?

19  A   She would return to squadron functions with her female

20      significant other.

21  Q   Okay, and how was that significant other introduced

22      there?

23  A   Her significant other.

24  Q   Okay.

25  A   To the best of my recollection.

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

**Page 71**

1    Q    What types of functions were those?

2    **A    Oh, retirements.**

3    Q    Retirement ceremonies for people?

4    **A    Or the after parties.   Ceremonies or after parties.**

5    Q    Okay.

6    **A    I don't -- I don't recall any -- annual picnics, for**

7    **instance, she would show up at.**

8    Q    At any of those events, those retirement ceremonies,

9         picnics, whatever they were, after parties, did you

10        observe personally any member of the 446th to express

11        any reluctance to be around Lisa Chesa or her

12        significant other?

13   **A    I did not.**

14   Q    Did you hear any member of the 446th express any

15        negative comment about Lisa Chesa having served as a

16        lesbian in the 446th?

17                MR. DIEDERICH:   Objection, hearsay.

18   **A    I did not.**

19   Q    (By Mr. Lobsenz)  Did you observe any behavior that

20        would indicate discomfort on the part of anybody?

21   **A    I did not.**

22   Q    She came with her partner; is that right?

23   **A    Yes.**

24   Q    Did she and her partner bring a baby --

25   **A    They do have a child now.**

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

**Page 72**

```
 1   Q    -- to any of those?  Did you ever see that baby at any

 2        of those retirement ceremonies?

 3   A    Or functions, yes.

 4   Q    Now, there was one other person that you found out was

 5        a lesbian?

 6             MR. DIEDERICH:  Objection, speculation,

 7        foundation.

 8   A    I understand Sgt. Amy Romanas.

 9   Q    (By Mr. Lobsenz)  Okay, and --

10   A    And that's only hearsay.

11   Q    Who has told you that, if you know?

12   A    I don't recall a specific person telling me that.

13   Q    Okay, so you have had personal contact face-to-face

14        with Lisa Chesa since she left the service; correct?

15   A    Yes.

16   Q    And she has acknowledged to you personally that she is

17        a lesbian?

18   A    Yes.  Well, she has not said, I'm a lesbian, but she

19        has introduced her significant other to me as her

20        significant other.

21   Q    And you have drawn your own conclusion that she is a

22        lesbian?

23   A    Yes.

24   Q    And you haven't had any direct face-to-face contact

25        with Amy Romanas since she left?
```

**Page 73**

1  **A**  Correct.

2  Q  During the time that Amy Romanas was in the 446, did

3     you ever have a clue that she was lesbian?

4  **A**  **No.**

5  Q  Did she ever suggest, imply, hint or do anything in any

6     way that led you to speculate she might be lesbian?

7  **A**  **No.  In fact, I have no absolute knowledge at this time**

8     **that she is.  Just what I heard.**

9  Q  Just what you have heard from others?

10 **A**  **Correct.**

11 Q  Do you have an opinion as to whether or not unit

12    cohesion of the 446th would be affected if Major Witt

13    were to be reinstated in the Air Force and returned to

14    position in the 446?

15          MR. DIEDERICH:  Objection, improper testimony.

16 Q  (By Mr. Lobsenz) First, it's just, do you have an

17    opinion?

18 **A**  **I have an opinion, yes.**

19 Q  What is that opinion?

20          MR. DIEDERICH:  Same objection.

21 **A**  **That it would not negatively affect the squadron.**

22 Q  (By Mr. Lobsenz)  Okay, and what do you base that

23    opinion on?

24          MR. DIEDERICH:   Same objection.

25 **A**  **It's my impression of her abilities as an officer and**

1      the feeling that the discussions that other squadron

2      members have had that they don't have any concern about

3      serving with Major Witt.  There is a general -- when

4      the -- when the recent -- relatively recent topics of

5      repealing Don't ask/Don't tell as is a stated goal of

6      the Commander in Chief and when the discussions by

7      Admiral Mullen, the Chairman of the Joint Chiefs, and

8      the other chair -- the other members of the military

9      hierarchy, as well as the most recent, I believe, Air

10     Force Times, the discussion of the Senior NCO chain in

11     the Air Force discussing the repeal of Don't ask/Don't

12     tell, I don't hear anyone -- I have not personally

13     heard anyone make negative comments about that.

14  Q  Okay.

15  A  Me, personally.

16          MR. LOBSENZ:  I don't have any further

17     questions.  I'm sure Mr. Diederich has some.

18          THE WITNESS:  Really?

19          MR. DIEDERICH:  I do, sir.  I'm sorry.

20          THE WITNESS:  Okay.

21

22

23

24

25

5d30c15a-ed35-48c7-a05a-a82a8dff51ec

1              CROSS EXAMINATION

2  BY MR. DIEDERICH:

3  Q    If it's any consolation, I will try to be brief so that

4       you can get on your way.  Let me start by asking if you

5       could look at Exhibit 4, which I think Mr. Lobsenz has

6       handed to you before.

7  A    **Yes.**

8  Q    I'm going to ask you to turn to the second page.

9  A    **Yes.**

10  Q   Down at the bottom right-hand corner, it says,

11      AF001362.  Do you see that?  Kind of small print down

12      in the bottom right-hand corner?

13  A   **Bottom right.  00 --**

14  Q   Right-hand corner, sir.

15  A   **Oh, yes, I do.**

16  Q   Okay, terrific.  I just want to make sure we're on the

17      same page, literally and figuratively.

18  A   **1362.**

19  Q   If you go up to the top of that page, sir, in the rater

20      overall assessment block --

21  A   **Yes.**

22  Q   -- the third line down --

23  A   **Yes.**

24  Q   -- there is a line that says, "Excellent role model of

25      professional military officership."

1   A   Correct.

2   Q   Do you see that phrase?

3   A   Yes, I did.

4   Q   What does the phrase, officership, mean?

5   A   Someone that comports themselves as an officer, proper

6       customs and courtesies, proper wear of uniform,

7       military bearing.

8   Q   Is it fair to say that when writing this rating, you

9       expected officers to basically conduct themselves

10      generally in accordance with the concept of

11      officership?

12  A   Yes.

13  Q   And is officership a standard that applies only to

14      officers as opposed to, say, enlisted people?

15  A   I don't know that I've ever reflected upon that.

16  Q   Okay.

17  A   In my opinion, I guess the only thing I can offer is an

18      opinion and that there is a -- in this aspect, I'm

19      referring to officers.

20  Q   Well, you, personally, sir, do you expect more of

21      officers than you do of enlisted folk?

22  A   Difficult concept.  It changes with rank.  In other

23      words, I have different expectations of a Senior NCO

24      than I do of a Junior NCO.  I have different

25      expectations of a Senior Officer than do I of a Junior

1       Officer in the most vague, general way.

2  Q  Okay.  Let me ask you for a second, I want to make sure

3       I've got your current task title correct.

4  A  Correct.

5  Q  I think, earlier, you were talking about the concept of

6       a Flight Commander.

7  A  It's a term used within a squadron.  It's -- if I could

8       think of a civilian term, I would -- it would be the

9       department chair in a university, for instance.

10  Q  And in your experience as Flight Commander, do you

11      exercise supervisory responsibility over other people?

12  A  Mm-hmm.

13  Q  Do you -- in your experience, do people look to a

14      Flight Commander for guidance on what to do?

15  A  Mm-hmm.  Yes.  Sorry.

16  Q  I'm sorry.  I should have reminded of you of that as

17      well, sir.  I apologize.  Am I correct that in 2004,

18      Major Witt was a Flight Commander?

19  A  She was the Chief of Standards and Evaluation, Chief of

20      StanEval.

21  Q  Does that position carry with it a Flight Commander

22      status?

23  A  It is, yes.

24  Q  Okay.

25  A  I would say yes.  It's a senior leader --

**Page 78**

1   Q   Okay.  So --

2   **A**   **-- within the squadron.**

3           MR. DIEDERICH:  Let me just mark an exhibit to

4       clarify this a little bit.  Let's mark this as an

5       exhibit.

6               ( Exhibit No. 5 marked.)

7   Q   (By Mr. Diederich)  All right.  For the record, what

8       I've marked as Exhibit 5 is a document bearing the

9       Bates Nos. WITT-000623 through 000628.  I would ask you

10      to turn to that document and look at these little

11      numbers that lawyers love in the lower right-hand

12      corner.

13  **A**   **Yes.**

14  Q   There is a Page 0626.

15  **A**   **I am there.**

16  Q   If you look at the top of that page, there is a

17      reference there, and I'll just read it for the record.

18      It says, "Flight Commander: Major Witt.  You see that?

19  **A**   **Yes.**

20  Q   Is that consistent with your understanding of her

21      position in 2004?

22  **A**   **Yes.**

23  Q   Okay.  Now, looking back, and I'm sorry to make you

24      flip between documents, but if you can go back to

25      Exhibit 4 again, sir.

1  A   All right.

2  Q   Looking again at the page that bears the Bates No.

3      AF001326, which is the second page of that document --

4  A   Got it.

5  Q   You there, sir?

6  A   Yes, I am.

7  Q   Excellent.  I want to go back to a conversation you

8      were having with Mr. Lobsenz.  When you say that Major

9      Witt was recognized by her peers for her expertise,

10     that's the fourth bullet?

11 A   Okay.

12 Q   Am I right that that's your impression, sir?

13 A   That is my impression.

14 Q   Did you survey the unit members to obtain that

15     information?

16 A   I did no formal survey.

17 Q   Okay.  Did you speak to people?

18 A   I'm sure I had general conversations that I don't

19     particularly recall.

20 Q   Okay.  The first line where it says, "Recognized by

21     peers for strong character," do you see that at the top

22     of the document, sir?

23 A   Yes.

24 Q   Again, did you survey the unit to reach that

25     impression?

1   **A**   This would have been my impression from -- at this

2        point in time.  By July of '06, there had been some

3        retirements and things where she had been noted by

4        others to be a positive person within the squadron, and

5        my best guess is that that's where that comes from.

6   **Q**   Okay.  Now, I think you may have already said this, but

7        is there about 120 people in the 446 AES?

8   **A**   Roughly, at that time.

9   **Q**   Okay, and when you say, "at that time," do you mean

10       2004 or 2006?

11  **A**   We started increasing our numbers somewhere around 2006

12       so I'm not exactly sure.

13  **Q**   How many people are there today?

14  **A**   Just under 150, I believe, right now.

15  **Q**   In your experience, how much turnover is there?

16  **A**   Certainly far less than any Active Duty unit which

17       turns over every couple of years.  I would say that --

18       boy, I would be hard-pressed to put a number on it.

19       Best wag, less than ten percent a year.  Less than ten

20       percent a year, I would say, and that's a best guess.

21  **Q**   All right.  Mr. Lobsenz asked you a series of questions

22       about what you had heard from other folks about their

23       view about Major Witt.

24  **A**   Mm-hmm.

25  **Q**   Did you ever go out and sort of actively ask people for

1  their opinions on serving with Major Witt?

2  A  **No, not that I recall.**

3  Q  Do you know how many people you spoke to about the

4  prospect of serving with Major Witt after she had been

5  discharged or after she had been separated from the 446

6  AES?

7  A  **In larger gatherings, there might be ten or 15 people**

8  **in a group as part of a discussion.**

9  Q  Now, speaking about Miss Chesa, what was her rank, sir,

10  when she retired?

11  A  **I think she was a Technical Sergeant.  I'm not sure if**

12  **she was a Technical Sergeant or Master Sergeant.  Just**

13  **don't know.**

14  Q  At the risk of offending people, I'm just going to call

15  her Sgt. Chesa.

16  A  **That's appropriate.**

17  Q  I just want to give her her appropriate title.

18  A  **Sure.**

19  Q  Am I correct that when you served with Sgt. Chesa, you

20  were not aware --

21  A  **Correct.**

22  Q  -- that she was a lesbian?

23  A  **Correct.**

24  Q  Were you aware whether anyone else in the unit was

25  aware that Sgt. Chesa was a lesbian?

1   A   I was not aware that anyone else was aware.

2   Q   What is your understanding of why Major Witt was

3       discharged?

4   A   Can you clarify the question, please?

5   Q   Sure.  I can ask it a different way.  In response to

6       Mr. Lobsenz, you said you had understood that Major

7       Witt had been discovered to be engaged in a lesbian

8       relationship.

9   A   Yes.

10  Q   Do you recall that testimony?

11  A   Yes.

12  Q   Okay.  Do you know anything about the nature of the

13      relationship in which Major Witt engaged besides the

14      fact that it was a lesbian relationship?

15  A   Mr. Lobsenz told me about that.  I was unaware of any

16      specifics.

17  Q   When you said Mr. Lobsenz told you about that, is that

18      recently or in the past?

19  A   Recently in a telephone conversation.

20  Q   What did Mr. Lobsenz tell you about this relationship?

21  A   That the person with whom she became involved was

22      married to a man and then met Major Witt, decided that

23      that was where -- who she wanted to be with, and that

24      her husband -- ex-husband sent an e-mail to the -- I

25      believe it was the Chairman of the -- or General

1     Jumper, the Air Force Chief of Staff I believe at the

2     time, about this, and that he sent inquiries down the

3     line from his office to investigate this or to look

4     into it.  I don't know that investigate is the correct

5     word.

6  Q   Have you ever heard of the Uniform Code of Military

7     Justice?

8  **A**   **Yes.**

9  Q   Are you familiar with its contents in a general way?

10  **A**   **In a general way.**

11  Q   Do you know, sir, whether the UCMJ touches upon the

12     subjects of adultery?

13          MR. LOBSENZ:  Objection.  Beyond the scope of

14     direct.

15  **A**   **I believe it does, yes.  It certainly has been in the**

16     **news recently.**

17  Q   (By Mr. Diederich)  We were talking earlier about the

18     concept of officership.  Is engaging in adultery in

19     your view consistent with the standard of officership?

20          MR. LOBSENZ:  Objection.  Beyond the scope of

21     direct, and just to make it easier, would you

22     understand, if the judge was here, I would ask for a

23     continuing objection so I don't have to keep

24     interrupting you.

25          MR. DIEDERICH:  That's fine.  I appreciate

1       that.

2               MR. LOBSENZ:  Okay.

3    A  My understanding is that it's against the Uniform Code

4       of Military Justice.  I'll stop there.

5    Q  (By Mr. Diederich)  Okay, so you don't have an opinion

6       about whether --

7    A  What was the --

8    Q  Okay.  Let me re-ask it.

9    A  Okay.

10   Q  Do you have a view, sir -- we were talking earlier

11      about the concept of officership.

12   A  Mm-hmm.

13   Q  The question is, do you have a view as to whether

14      committing adultery is consistent with the concept of

15      officership?

16   A  I think it is inconsistent, but I would also term it

17      recoverable in a manner of speaking just because people

18      make errors, errors in judgment, and it depends upon

19      how they react following that error in judgment.

20   Q  Okay.  When was the last time you spoke to Major Witt?

21   A  I don't have a clear recollection, but I believe it's

22      been over a year at least.

23   Q  Okay.

24   A  Hold on.  She was -- I'm trying to remember.  I think

25      it was at least a year.  She was back for some

1    retirement ceremony, and I just -- I don't think it was

2    this summer or spring.  I believe it was last year.

3  Q    Okay.

4  **A    Sorry.  I just don't have a good recall on that.**

5  Q    That's fine.

6            MR. DIEDERICH:  I think that's all I have.

7            MR. LOBSENZ:  Then if you will give me just a

8    minute.

9            Colonel, I have no further questions, and I

10    just want to say good luck to you on your deployment

11    and come home safe.

12            MR. DIEDERICH:  There are many things that Mr.

13    Lobsenz and I disagree on, but I think that is one

14    thing that we 100 percent agree on, sir.

15            THE WITNESS:  Thank you.

16

17

18            (Adjourned at 11:25 a.m.)

19

20

21

22

23

24

25

1                     C E R T I F I C A T E

2    STATE OF WASHINGTON)

3    COUNTY OF KING     )

4                     I, Susan Cookman, CSR,

5    do hereby certify:

6                     That the foregoing deposition, transcription

7    of which is hereto attached, was given before me at the time

8    and place stated therein; that the witness, before

9    examination, was duly sworn to testify the truth, the whole

10   truth and nothing but the truth; that the testimony given by

11   the witness was by me stenographically recorded and later

12   transcribed under my personal supervision;

13                    That the foregoing transcript contains a full

14   and accurate record of all the testimony and proceedings

15   given at the time and place of said testimony to

16   the best of my ability.

17                    I do further testify that I am not related to

18   any party to the matter, nor to any of counsel, nor do I

19   have any interest in the matter.

20                    WITNESS my hand and seal this 2nd

21   day of September, 2010.

22

23                         _____

24                         SUSAN COOKMAN, CSR #COOKMSA495Q4

25