Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAJOR MARGARET WITT,<br><br>               Plaintiff,<br><br>               v.<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE; ROBERT M. GATES, Secretary of Defense; MICHAEL B. DONLEY, Secretary of the Department of Air Force; and COLONEL JANETTE L. MOORE-HARBERT, Commander, 446th Aeromedical Evacuation Squadron, McChord AFB;<br><br>             Defendants. | No. C06-5195 RBL<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that all Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment dated September 24, 2010 (Docket Nos. 166, 165), the Findings of Facts and Conclusions of Law dated September 24, 2010 (Docket No. 164), the Memorandum Opinion dated September 24, 2010 (Docket No. 163), as well as the Minute Order dated March 12, 2010 (Docket No. 70).

Dated:  November 23, 2010                       Respectfully submitted,

(C06-5195-RBL) DEFENDANTS'
NOTICE OF APPEAL - 1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
P.O. Box 883, Ben Franklin Station
Washington, D.C. 20044
(202) 616-8482

|   |   |
|---|---|
| 1 | |
| 2 | TONY WEST |
|   | Assistant Attorney General |
| 3 | |
|   | VINCENT M. GARVEY |
| 4 | Deputy Branch Director |
| 5 | |
|   |  /s/ *Peter J. Phipps* |
| 6 | PETER J. PHIPPS |

Of Counsel:
LT. COL. TODI CARNES
1777 N. Kent Street, Suite 11400
Rosslyn, VA 22209-2133
(703) 588-8428

PETER J. PHIPPS
BRYAN R. DIEDERICH
STEPHEN J. BUCKINGHAM
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
E-mail: peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883, Ben Franklin Station
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

*Attorneys for Defendants*

(C06-5195-RBL) DEFENDANTS'
NOTICE OF APPEAL - 2

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
P.O. BOX 883, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 616-8482

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2010, I electronically filed the foregoing Defendants' Notice of Appeal, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| James E. Lobsenz, Esq.<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>Tel: (206) 622-8020<br>Fax: (206) 622-8983<br>E-mail:  lobsenz@carneylaw.com | Sarah A. Dunne, Esq.<br>American Civil Liberties Union of Washington<br>901 Fifth Avenue, Suite 630<br>Seattle, WA 98164<br>Tel: (206) 624-2184<br>E-mail:  dunne@aclu-wa.org<br><br>Sher S. Kung, Esq.<br>American Civil Liberties Union of Washington<br>901 Fifth Avenue, Suite 630<br>Seattle, WA 98164<br>Tel: (206) 624-2184<br>E-mail:  skung@aclu-wa.org |

    /s/  *Peter J. Phipps*
PETER J. PHIPPS
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-8482
Fax: (202) 616-8470
E-mail: peter.phipps@usdoj.gov
*Attorney for Defendants*