Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAJOR MARGARET WITT, )
)
                Plaintiff, ) No. C06-5195 RBL
)
         v. ) **ORDER GRANTING THE PARTIES'**
) **JOINT MOTION FOR RELIEF FROM**
UNITED STATES DEPARTMENT OF ) **JUDGMENT**
THE AIR FORCE, et al., )
)
                Defendants. )
)
)
_____)

This matter having come before the Court on the Parties' Joint Motion for Relief from Judgment, and the Court having considered that motion and finding good cause to grant the relief sought,

IT IS HEREBY ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that the final sentence of the September 24, 2010 Judgment (Docket #166), which reads "She should be restored to her position as a Flight Nurse with the 446th AES as soon as is practicable, subject to meeting applicable regulations touching upon qualifications necessary for continued service" is hereby AMENDED to read as follows: "She should be reinstated to the Air Force Reserve as soon as is practicable, subject to meeting applicable regulations touching upon qualifications necessary for continued service."

(C06-5195-RBL) PROPOSED ORDER
GRANTING THE PARTIES' JOINT
MOTION FOR RELIEF FROM JUDGMENT-1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 883, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 616-8482

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 FIFTH AVENUE, SUITE 630
SEATTLE, WA 98104-1799
(206) 624-2184

1   IT IS FURTHER ORDERED that the September 24, 2010 Judgment (Docket #166) is
2   SUPPLEMENTED with the following text, "By virtue of a settlement agreement among the
3   parties, Major Margaret Witt has received retirement credits and will transfer to the Retired
4   Reserve. Nothing about the parties' settlement agreement or the amended and supplemented
5   court order adversely affects Major Margaret Witt's ability to claim attorney's fees, costs, or
6   other expenses as a result of this litigation."

Dated this 11th day of October, 2011

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by

 /s/ *James E. Lobsenz*
JAMES E. LOBSENZ, WSBA #8787
CARNEY BADLEY SPELLMAN
701 5th Avenue, Suite 3600
Seattle, WA 98104-7010
Tel: (206) 622-8020
E-mail: lobsenz@carneylaw.com


 /s/ *Sarah A. Dunne*
SARAH A. DUNNE, WSBA #34869
ACLU OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel: (206) 624-2184
E-mail: dunne@aclu-wa.org

*Attorneys for Plaintiff*

TONY WEST
Assistant Attorney General

VINCENT M. GARVEY
Deputy Branch Director

 /s/ *Peter J. Phipps*
PETER J. PHIPPS
BRYAN R. DIEDERICH
STEPHEN J. BUCKINGHAM
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
E-mail: peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883, Ben Franklin Station
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

*Attorneys for Defendants*

(C06-5195-RBL) PROPOSED ORDER
GRANTING THE PARTIES' JOINT
MOTION FOR RELIEF FROM JUDGMENT- 1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 883, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 616-8482

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 FIFTH AVENUE, SUITE 630
SEATTLE, WA 98104-1799
(206) 624-2184