AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

AMENDED
JUDGMENT IN A CIVIL CASE

MAJOR MARGARET WITT,

    v.                        CASE NUMBER: CV06-5195 RBL

UNITED STATES DEPARTMENT OF THE
AIR FORCE; et al,

[ ( ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The application of "Dont's Ask Don't Tell" to Major Margaret Witt does not significantly further the government's interest in promoting military readiness, unit morale and cohesion. Her discharge from the Air Force Reserves violated her substantive due process rights under the Fifth Amendment to the United States Constitution.  She should be reinstated to the Air Force Reserve as soon as is practicable, subject to meeting applicable regulations touching upon qualifications necessary for continued service.

DATED : 10/11/2011

                                      WILLIAM M. McCOOL
                              *Clerk*

                                  /s/   Jean Boring
                            *(By) Deputy Clerk*, Jean Boring